Exhibit 16



# Sports Wagering Operator & Vendor Scope of Licensing
# Initial Survey

<span style="color:red">Pursuant to 205 CMR 211.01, this survey must be submitted as part of the application for a Category 1, Category 2, or Category 3 Sports Wagering License and must be submitted as a prerequisite to the submission of the additional application forms.*</span>

| SPORTS WAGERING LICENSE INFORMATION | |
|---|---|
| **Seeking to apply as:** | ☐ Category 1 Operator    ☐ Category 2 Operator <br> ☑ Category 3 Operator    ☐ Vendor to Operator |

| APPLICANT INFORMATION & DESCRIPTION | |
|---|---|
| **Company Name:** | Crown MA Gaming LLC |
| **D/B/A or Trade Name(s):** | DraftKings |
| **Corporate HQ Address:** <br> *(Also include the address of any operation/s in Massachusetts)* | Corporate HQ: 222 Berkeley Street, 5th Floor, Boston, MA, USA, 02116 <br><br> Additional operational address in Massachusetts: <br> 125 High Street, Boston, MA, USA, 02110 |
| **Point-of-Contact for Licensing Process:** <br> *(Include NAME, POSITION, ADDRESS, PHONE, EMAIL)* | Bill Curtis <br> Director, Licensing <br> 222 Berkeley Street, 5th Floor, Boston, MA, USA, 02116 <br> 617-697-4029 <br> w.curtis@draftkings.com |
| **Description of Business:** | Please see attached "Description of Business". |
| **Goods/Services you expect to provide in Massachusetts:** | Crown MA Gaming LLC expects to provide the DraftKings platform which consists of different components, including, but not limited to, the Player Account Management System, Trading Platform and Front-end user experience. |

| APPLICANT ORGANIZATIONAL INFORMATION | |
|---|---|
| **Applicant Company Type:** | ☐ Sole Proprietorship    ☑ LLC    ☐ Cooperative <br> ☐ C-Corporation    ☐ S-Corporation    ☐ Partnership <br> ☐ SEC Registrant    ☐ Other |
| **Publicly Traded? :** | ☑ No    ☐ Yes  *(if "Yes", Stock exchange symbol and  exchange)* |
| **Applicant Financial Statements Type:** | ☑ Audited    ☐ Reviewed    ☑ Consolidated <br> ☐ Internally Compiled    ☐ Externally Compiled    ☐ Supplemental <br> ☑ Other   Crown MA Gaming LLC does not currently have financial statements, however they are consolidated under DraftKings Inc., the ultimate parent company. |
| | |

# Sports Wagering
# Operator & Vendor Scope of Licensing – Initial Survey

| Applicant Tax Returns: | ☐ Stand-Alone    ☑ Consolidated *(with)* |
|---|---|
| | DraftKings Inc. |
| **Management Structure:** *(Do you have any of the following?)* | ☑ Compliance Committee    ☑ Audit Committee |
| | ☑ Compliance Plan    ☑ Other(s)  Compensation Committee; Nominating and Corporate Governance Committee; Transaction Committee |

## ATTACHMENTS

### PLEASE SUBMIT THE FOLLOWING INFORMATION

☑ **TABLE of ORGANIZATION** including parent companies and subsidiaries (note any companies that are publicly traded and are sports wagering-related).

☑ **TABLE of OWNERSHIP INTERESTS** showing all ownership interests, including parent companies and subsidiaries showing the corporate structure with entity names and ownership percentages.

☑ **FUNCTIONAL TABLE of ORGANIZATION** including the executive team and Board of Directors with individual names and titles, and percentage of ownership interest, if applicable.

☑ **CONTROL –** List (1) individuals and entities who own 10 percent or more of the applicant; (2) individuals and entities who have the ability to control the activities of the applicant; and (3) any executive, employee or agent having the power to exercise significant influence over decisions concerning the applicant's sports wagering operations in Massachusetts.

☑ **INSTITUTIONAL INVESTORS –** Provide a list of these investors along with their percentage of ownership.

☑ **LICENSING HISTORY –** List the last 3 jurisdictions in which licensed for sports wagering operations, including the type of license that was obtained.

☑ **LICENSEE ASSOCIATION –** List any Gaming Licensee(s), Sports Wagering Operator Licensee(s) or Applicant(s) for a Sports Wagering Operator License with whom you have an agreement to conduct business or are in the process of negotiating an agreement.

☑ **ON-SITE PERSONNEL (for Vendor only) –** If you expect to have any personnel on-site at a Massachusetts casino, please indicate the approximate number and a brief description of their duties.

*Pursuant to 205 CMR 211.01, this survey must be submitted as part of the application for a Category 1, Category 2, or Category 3 Sports Wagering License and must be submitted as a prerequisite to the submission of the additional application forms, which consist of the following:*

•    Application for Category 1, 2, & 3 Sports Wagering Operator License;
•    For designated entity qualifiers, Business Entity Disclosure Form;
•    For designated individual qualifiers, Multi-jurisdictional Personal History Form; and
•    For designated individual qualifiers, Massachusetts Supplemental Form.

CONFIDENTIAL 003

Failure to submit this Survey by October 17, 2022, shall result in the Commission deeming the application incomplete and administratively closed unless the Commission authorizes an extension of time pursuant to 205 CMR 211.01(10).



# Sports Wagering Operator & Vendor Scope of Licensing - Initial Survey



# APPLICANT INFORMATION & DESCRIPTION



# DESCRIPTION OF BUSINESS

Applicant Information & Description

**Description of Business:**

*Crown MA Gaming LLC is a subsidiary of DraftKings. DraftKings is a U.S.-based digital sports entertainment and gaming company created to fuel the competitive spirits of sports fans. DraftKings began offering a sports betting product in 2018, and has since established itself as a leading provider of legal sports betting in regulated jurisdictions in North America. DraftKings' best-in-class technology provides players with an intuitive experience and robust set of offerings, while prioritizing a safe and secure experience.*

*With a vertically integrated sports betting platform, DraftKings has unique control over our product roadmap; we also have a dedicated team of hundreds of engineers who are constantly working on the development of innovative products and features to bring the most exciting experience to our players. DraftKings Sportsbook is rated among the top three leaders throughout the 18 US states in which it operates online. Most recently, DraftKings was named Sportsbook of the Year at the 2022 SBC Awards North America.*



# ATTACHMENTS

CONFIDENTIAL 007



# TABLE OF ORGANIZATION

Attachments

**Table of organization including parent companies and subsidiaries (note any companies that are publicly traded and are sports wagering-related).**

*Attached is an organizational chart for DraftKings Inc., the publicly traded entity, listing all subsidiaries. A list of sports wagering-related subentities is also provided.*

*Sports Wagering-Related Entities:*

- *DraftKings Inc.*
- *DraftKings Holdings Inc.*
- *DK Crown Holdings Inc.*
- *Crown AL Gaming LLC*
- *Crown AZ Gaming LLC*
- *Crown CO Gaming LLC*
- *Crown DK CAN Ltd.*
- *Crown Gaming Inc.*
- *Crown Gaming Ireland Limited*
- *Crown IA Gaming LLC*
- *Crown IL Gaming LLC*
- *Northside Crown Gaming LLC*
- *Crown IN Gaming LLC*
- *Crown KS Gaming LLC*
- *Crown LA Gaming LLC*
- *Crown MA Gaming LLC*
- *Crown MD Gaming LLC*
- *Crown MD Online Gaming LLC*
- *Crown ME Gaming LLC*
- *Crown MI Gaming LLC*
- *Crown MS Gaming Inc.*
- *Crown NH Gaming LLC*

- *Crown NJ Gaming Inc.*
- *Crown NV Gaming Inc.*
- *Crown NY Gaming Inc.*
- *Crown OH Gaming LLC*
- *Crown OR Gaming LLC*
- *Crown PA Gaming Inc.*
- *Crown PR Gaming LLC*
- *Crown TN Gaming LLC*
- *Crown VA Gaming LLC*
- *Crown WA Gaming LLC*
- *Crown WV Gaming Inc.*
- *Crown WY Gaming LLC*
- *GNOG Holdings, LLC*
- *Golden Nugget Online Gaming, Inc.*
- *Golden Nugget Online Gaming, LLC*
- *LHGN Holdco, LLC*
- *SB Tech (Gibraltar) Limited*
- *SBTech (Global) Limited*
- *SBTech Malta Limited*
- *Blue Ribbon Holding Limited*
- *Blue Ribbon Software Ltd.*
- *Blue Ribbon Software Malta Limited*





DraftKings Inc.
DraftKings Holdings Inc.
Golden Nugget Online Gaming, Inc. and Subsidiaries (See Page 3)
DK Crown Holdings Inc.
SBTech (Global) Limited and Subsidiaries (See Page 2)
Crown Europe Malta Ltd.
DK UK Services Ltd.
DraftKings Australia PTY Ltd.
DK Player Reserve LLC
DK-FH Inc.
DKDI LLC
Crown DK CAN Ltd.
GUS I LLC
Crown DFS Inc.
Crown DFS Malta Ltd.
Crown Gaming Malta Ltd.
DK Security Corporation
DK II Security Corporation
Crown Gaming Inc.
Vegas Sports Information Network, LLC
Scarcity Labs Inc.
GUS II LLC
Crown PA DFS Inc.
Crown WI Gaming LLC
Crown ME Gaming LLC
Crown VA Gaming LLC
Crown MI Gaming LLC
Crown TN Gaming LLC
Crown NH Gaming LLC
Crown IN Gaming LLC
Crown WV Gaming Inc.
Crown WY Gaming LLC
Crown KS Gaming LLC
Crown LA Gaming LLC
Crown OH Gaming LLC
Crown FL Gaming LLC
Crown AL Gaming LLC
Crown OK Gaming LLC
Crown Gaming Ireland Limited
Crown OR Gaming LLC
Crown CO Gaming LLC
Crown MA Gaming LLC
Crown IA Gaming LLC
Crown PA Gaming Inc.
Crown CT Gaming LLC
Crown IL Gaming LLC
Crown CA Gaming LLC
99%
Crown SD Gaming LLC
Crown PR Gaming LLC
Crown MD Gaming LLC
Crown NV Gaming Inc.
Crown MS Gaming Inc.
Crown NY Gaming Inc.
Crown Gaming RT LLC
Crown AZ Gaming LLC
Crown NJ Gaming Inc.
Crown WA Gaming LLC
Northside Crown Gaming LLC
95%
Crown MD Online Gaming LLC

CONFIDENTIAL 010

DraftKings Inc.

DraftKings Holdings Inc.
and Subsidiaries (See Pages 1 and 2)

Golden Nugget Online Gaming, Inc.

LHGN Holdco, LLC



1



# TABLE OF OWNERSHIP INTERESTS

Attachments

**Table of ownership interests showing all ownership interests, including parent companies and subsidiaries showing the corporate structure with entity names and ownership percentages.**

*Please find the corporate structure complete with entity names and ownership percentages for Crown MA Gaming LLC below.*





# FUNCTIONAL TABLE OF ORGANIZATION

Attachments

**Functional table of organization including the executive team and Board of Directors with individual names and titles, and percentage of ownership interest, if applicable.**

*Crown MA Gaming LLC's executive team is composed of ▇▇▇▇▇▇▇, President and Chief Executive Officer, and ▇▇▇▇▇, Treasurer. ▇▇▇▇▇▇▇▇ serves as Secretary of Crown MA Gaming LLC, however is not involved in the day-to-day operation as his role is solely administrative.*





*For ease of reference, listed below is a table of organization for the DraftKings Inc., the ultimate parent company, executive leadership team and information regarding each member.*



***Jason Robins - CEO & Co-Founder of DraftKings Inc.***

*Jason Robins is Chief Executive Officer of DraftKings. Robins co-founded DraftKings in 2012 and oversees the company's strategy and operations, while also driving funding and partnerships. Robins has built a reputation for expanding DraftKings' reach across numerous platforms through wide-ranging, forward-thinking partnerships. Under his leadership, DraftKings became the first DFS company to sign a league partnership with Major League Baseball in 2013. Jason has led efforts at DraftKings to work with policy makers and regulators to pass smart legislation. Also under Jason's leadership, DraftKings became the first company to launch an online and mobile sportsbook in New Jersey in 2018.*

*Robins' work has been recognized by the media and his peers, both nationally and locally in Boston. Recognition includes: Fortune's "40 Under 40" list of the most influential people in business, appearing on that issue's cover, Sports Business Journal's "40 Under 40," Boston Business Journal's "Power 50: Game Changers," and "40 Under 40," among others.*

*Robins attended Duke University, where he received his degree in economics and computer science.*



**Paul Liberman - President, Global Technology and Product & Co Founder of DraftKings Inc.**

Paul Liberman is President of Global Technology and Product. Liberman co-founded DraftKings in 2012 and maintains strategic leadership and global accountability for DraftKings' technology platform, product, and IT functions. He has acted as CTO, CMO, and COO before moving into his current position as President, Global Technology and Product.

Liberman's data-driven mindset has been instrumental in catapulting DraftKings from a small Boston start-up to a global sports-tech entertainment enterprise. Under his leadership, Paul's team has developed award-winning, stand-alone apps and products including DraftKings' DK Live and Leagues, DraftKings Fantasy Sports app and, most recently, the DraftKings Sportsbook platform. Among his recent honors, Liberman was named to Boston Business Journal's "40 Under 40" list of the most influential people in Boston.

Liberman attended Worcester Polytechnic Institute where he received his degree in electrical engineering and computer science.

**Matthew Kalish - President, North America & Co-Founder of DraftKings Inc.**

Matt Kalish is President of DraftKings North America. Kalish co-founded DraftKings in 2012 and is accountable for all North America revenue, bringing together all marketing, operations, and related analytics functions. Matt unifies leadership for all marketing functions as well as related analytics teams. He has acted as Chief Revenue Officer before transitioning into his role as President, DraftKings North America.

Kalish, a lifelong fan of fantasy sports, sports betting, and strategy games, combined his experience in corporate analytics and e-commerce to become the "game master" of DraftKings. Due to Kalish's foresight and guidance preparing for the overturn of PASPA, DraftKings Sportsbook was the first legal, online and mobile sports betting platform in New Jersey – the first state outside of Nevada to legalize sports betting. Kalish has been named to SBJ's class of 2019 "Forty Under 40" for all of his excellence and innovation.

Kalish has led his team to go beyond the industry standards by finding ways to improve DraftKings' customers' game experience by introducing more sports and ways to play, driving DraftKings towards offering the most comprehensive platform for skin-in-the-game sports fans available in the US. Moreover, Matt maintains a strong focus on DraftKings' consumer protections to ensure the company maintains high standards of integrity and responsibility, and is continuously optimizing the protections in place, operating in the best interest of its customers and community.



*Kalish received his MBA from Boston College and holds degrees in economics and computer science from Columbia University.*

**Jason Park - Chief Financial Officer, DraftKings Inc.**

*Jason Park joined DraftKings as Chief Financial Officer in June 2019. Jason is responsible for Accounting, FP&A, Business Planning, and Investor Relations. In addition, Jason provides strategic guidance to CEO Jason Robins and the rest of the senior management team to help boost the company's success as more states welcome sports betting and pass laws allowing for daily fantasy sports.*

*Prior to DraftKings, Park worked at Bain Capital Private Equity where he was an Operating Partner and focused on technology investments. For more than 10 years, Park worked collaboratively with CEOs, CFOs, and management teams to develop and achieve value creation plans. Before Bain Capital, Jason spent eight years with McKinsey & Company.*

*Park holds an MBA from the Wharton School at the University of Pennsylvania and a MAcc (Master of Accountancy) and a BBA from the University of Michigan.*

**R. Stanton Dodge - Chief Legal Officer, DraftKings Inc.**

*R. Stanton Dodge joined DraftKings as chief legal officer in November 2017. In his position, Dodge oversees DraftKings' legal, government affairs and communications teams, leading DraftKings' future growth in passing smart legislation and is a key figure in positioning DraftKings to enter new markets and seize new business opportunities.*

*Prior to DraftKings, Dodge worked at DISH Network for more than 20 years in positions of increasing responsibility in the legal department, most recently as executive vice president, general counsel and secretary of DISH, responsible for all legal and government affairs and corporate communications.*

*Dodge received his degree in accounting from the University of Vermont, and his Juris Doctor, magna cum laude, from Suffolk University Law School.*

**Jennifer Aguiar - Chief Compliance Officer, DraftKings Inc.**

*Jennifer Aguiar is the Chief Compliance Officer and member of the executive team at DraftKings. Aguiar joined DraftKings in 2016 as the Head of Compliance and Risk where she led the development of the internal DraftKings compliance and risk programs from the ground up, instilling a culture of compliance across the business.*



*As Chief Compliance Officer, Aguiar is responsible for overseeing corporate compliance and enterprise risk management. Among other responsibilities, she will ensure DraftKings' compliance with all U.S. and international licensing requirements related to daily fantasy sports, sports betting and iGaming. Aguiar is a Certified Anti-Money Laundering Specialist (CAMS), Certified Information Privacy Professional/US (CIPP/US), Certified Risk Professional (CRP) and Certified Regulatory Compliance Manager (CRCM).*

*Aguiar graduated from Bridgewater State University where she received a BS in Management Science with a concentration in Marketing and a Math Minor. She currently serves on the executive and advisory boards of the Ricciardi College of Business at Bridgewater State University.*

**Graham Walters - Chief People Officer, DraftKings Inc.**

*Graham Walters is Chief People Officer at DraftKings. Walters has been integral to DraftKings' growth and development as a people-centric organization. Graham began his career at DraftKings as the director of human resources in 2015 and has worked tirelessly to develop and upgrade the company's people systems as DraftKings, Inc. continues to grow.*

*Graham believes that centering company policies around employee happiness most effectively fosters employee productivity. Graham is responsible for driving DraftKings' overall people strategies. He focuses on enhancing talent acquisition and employment branding; enabling employee and leadership growth and development, operational excellence through compensation, benefits, people analytics and systems; creating an exceptional employee experience through workplace and real estate; and building a competency around diversity, inclusion and belonging.*

*Graham attended the Isenberg School of Management at UMass Amherst where he focused on operations management.*

**Ezra Kucharz - Chief Business Officer, DraftKings Inc.**

*Ezra Kucharz joined DraftKings as Chief Business Officer in October 2017. In this role, Kucharz is responsible for DraftKings' business and corporate development functions, business strategy, international growth, ad sales, strategic partnerships, live events and digital media, further solidifying the company's position at the intersection of sports, tech and media. He is an award-winning innovator, leader and entrepreneur bringing transformational growth and scale to numerous organizations.*

*Prior to DraftKings, Kucharz served as President of CBS Local Digital Media and Special Advisor to CBS CEO leading large scale organizations throughout his tenure. In this role, Kucharz*



*oversaw online and mobile business across CBS Radio's 115 stations nationwide and concert business and more than two dozen CBS Television stations. During his tenure, Kucharz's leadership elevated CBS Local to the number one digital organization in broadcast TV and radio. Kucharz has also held several senior-level positions at NBC Universal, founded one of the first online digital sports media companies, Total Sports, and worked for NASA in their Space Shuttle and International Space Station Medical Operations divisions after serving as an Army Officer assigned to the Armor Branch.*

*Kucharz holds degrees from Boston University, University of Houston and Duke University.*

**Travis Dunn - *Chief Technology Officer, DraftKings Inc.***

*Travis Dunn is the Chief Technology Officer at DraftKings. Travis joined DraftKings in January of 2014 as a Software Architect. In that role, he oversaw the technology transformation that enabled DraftKings to sustain rapid growth. As DraftKings grew, Travis led a variety of critical software departments from the core technology that supported the fantasy sports platform to the mobile development of the company's iOS and Android Apps.*

*Dunn now leads a rapidly growing engineering organization of more than 200 employees overseeing all technological resources including software engineering, data engineering, data science and site reliability while establishing the vision for the company's future tech developments. Prior to joining DraftKings, Travis was a Senior Principal Software Engineer at Vistaprint where he was the technical lead responsible for pricing, channel marketing and CRM and led the R&D team in establishing patterns for refactoring and retiring legacy code.*

*Travis attended Western Washington University where he majored in English Literature. Dunn's career started as a Data Analyst where he developed a passion for database work and software. After transitioning to software engineering, Travis quickly became an expert in .NET and grew his career rapidly.*

**David Lebow - *Chief of Staff, DraftKings Inc.***

*David Lebow is DraftKings Chief of Staff. Lebow has a track record of leadership and innovation in media and technology creating revenue and ebitda growth for some of the world's largest media brands. A successful leader, David has created results and value by hiring great teams, creating transformative vision, and successfully executing business strategies.*

*At Yellow Pages Holdings, he was Chief Revenue Officer, responsible for the go to market strategy and revenue for a large-scale sales organization. YP's revenue exceeded $2 billion, ebitda exceeded $450 million, with 3,000 people on David's team. David has also successfully led large organizations including AOL, iHeartRadio, and Internet Broadcasting, with roles ranging*

*from CEO and CRO. He has worked in large scale organizations and founded startups. In January 2010, he was elected to the Ithaca College board of trustees, adding on vice chairman responsibilities in 2012. David sits on several boards, including TownSquare Media, which he joined in 2010.*

*David graduated from the Ithaca College School of Communications with a degree in communications management.*

**Shay Berka - Chief International Officer, DraftKings Inc.**

*Shay Berka joined DraftKings as Chief International Officer in April 2020. Equipped with over 15 years of experience, Berka is responsible for the overall international P&L, with an emphasis on international B2B customers, as well as managing and maintaining relationships with overseas partner organizations and projects as part of DraftKings' larger global go-forward strategy.*

*Prior to his transition as part of DraftKings' business combination agreement with SBTech, Berka served as chief financial officer for the sports betting and iGaming platform solutions provider. In 2012, Berka was charged with leading SBTech's business strategy and management, overseeing external international expansion and the success of internal departments including finance, legal, human resources and commercials. Berka also holds experience as a chief financial officer in various investments and financing companies including Visa and Psagot.*

*Berka is a certified public accountant. He gained his bachelor's in accounting and economics from Tel Aviv University and graduated with honors.*

**Stephanie Sherman - Chief Marketing Officer, DraftKings Inc.**

*Stephanie Sherman is Chief Marketing Officer at DraftKings and one of the company's first 15 employees since joining in 2013. She oversees all integrated marketing efforts spanning brand and agency campaigns, media buying, database marketing and influencer strategy, among other functions.*

*Previously, Sherman served as SVP of Marketing at DraftKings focused on customer acquisition and direct response marketing globally. Prior to serving in roles of increasing responsibility at DraftKings, Sherman managed acquisition marketing for Vistaprint.*

*Sherman graduated from Colby College with a degree in economics.*



*Included are tables of organization for each of the parent entities to Crown MA Gaming LLC.*







R. Stanton Dodge and Erik Bradbury's roles are administratively only with no decision making authority.



R. Stanton Dodge and Erik Bradbury's roles are administratively only with no decision making authority.



*Provided is a table of ownership for the officers and directors of DraftKings Inc. as of October 5, 2022.*

| Individual or Entity | Title | Ownership Percentage of DraftKings Inc. |
|---|---|---|
| Jason Robins | Chief Executive Officer [Director] | ■ |
| Paul Liberman | President, Global Product and Technology [Director] | ■ |
| Matthew Kalish | President, North America [Director] | ■ |
| Jason Park | Chief Financial Officer | ■ |
| R. Stanton Dodge | Chief Legal Officer and Secretary | ■ |
| Erik Bradbury | Chief Accounting Officer | ■ |
| Woodrow Levin | Outside Director | ■ |
| Steve Murray | Outside Director | ■ |
| Ryan Moore | Outside Director | ■ |
| Marni Walden | Outside Director | ■ |
| Harry Sloan | Outside Director | ■ |
| Shalom Meckenzie | Director | ■ |
| Jocelyn Moore | Outside Director | ■ |
| Valerie Mosley | Outside Director | ■ |

4



# CONTROL

Attachments

**Control – List (1) individuals and entities who own 10 percent or more of the applicant; (2) individuals and entities who have the ability to control the activities of the applicant; and (3) any executive, employee or agent having the power to exercise significant influence over decisions concerning the applicant's sports wagering operations in Massachusetts.**

1. *Crown Gaming Inc. owns 100% of Crown MA Gaming LLC.*

2. *Crown Gaming Inc., its directors, and the directors of Crown MA Gaming LLC have the ability to control the activities of Crown MA Gaming LLC.*

   

3. *Paul Liberman, Jason Park, Jason Robins, and Matthew Kalish have the power to exercise significant influence over Crown MA Gaming LLC's sports wagering operation in Massachusetts. Jason Robins is Chief Executive Officer of DraftKings Inc. and Matthew Kalish is President, North America of DraftKings Inc.*



# INSTITUTIONAL INVESTORS

Attachments

**Institutional investors – Provide a list of these investors along with their percentage of ownership.**

*The institutional investors listed below hold greater than 5% ownership of DraftKings Inc. as of October 5, 2022:*
- *The Vanguard Group -* ██████████
- *ARK Investment Management LLC -* ████████████  6

*For ease of reference, the ownership of Crown MA Gaming LLC is as follows:*
- *Crown MA Gaming LLC is 100% wholly owned by Crown Gaming Inc;*
- *Crown Gaming Inc. is wholly owned by DK Crown Holdings Inc.;*
- *DK Crown Holdings Inc. is wholly owned by DraftKings Holdings Inc.; and*
- *DraftKings Holdings Inc. is wholly owned by DraftKings Inc.*



# LICENSING HISTORY

Attachments

**Licensing history – List the last 3 jurisdictions in which licensed for sports wagering operations, including the type of license that was obtained.**

*Crown MA Gaming LLC is not licensed for sports wagering operations in any jurisdiction, however its affiliates have been issued licenses to offer sports wagering operations. Please find information regarding the last 3 licenses for sports wagering operations issued to the affiliate entities of Crown MA Gaming LLC.*

| Jurisdiction | Licensed Affiliate Entity | License Type | Date of Approval |
|---|---|---|---|
| Kansas | Crown KS Gaming LLC | Sports Wagering Provisional Certification | August 24, 2022 |
| Maryland | Crown MD Gaming LLC | Sports Wagering Facility Operator License | August 25, 2022 |
| Washington | Crown WA Gaming LLC | Major Sports Wagering Vendor | August 11, 2022 |



# LICENSEE ASSOCIATION

Attachments

**Licensee association – List any Gaming Licensee(s), Sports Wagering Operator Licensee(s) or Applicant(s) for a Sports Wagering Operator License with whom you have an agreement to conduct business or are in the process of negotiating an agreement.**

*At this time, it is DraftKings intention to participate in the competitive selection process for a **Category 3** license.*



# ON-SITE PERSONNEL

Attachments

**On-site personnel (for Vendor only) – If you expect to have any personnel on-site at a Massachusetts casino, please indicate the approximate number and a brief description of their duties.**

*Not applicable; at this time Crown MA Gaming LLC intends to apply for a Category 3 license.*

# Exhibit 17



**OUR OFFICE IN**

# HOBOKEN

Located in Hoboken, New Jersey, this office is home to our Customer Experience, Compliance, and Fraud teams. With over 7,500 square feet of office space, it's the ideal space to collaborate or grab a coffee with your teammates while overlooking the Hudson River.

**EXPLORE**

# OPEN ROLES

Check out the latest job openings in Hoboken.

VIEW ALL



**CRM SPECIALIST**
📍 Boston, MA + 2 other locations

**SENIOR MANAGER, REVENUE**
📍 Boston, MA + 2 other locations

**YOUR BENEFITS**

## IN THE US




HEALTH
BENEFITS


WELLBEIN
PROGRA



Document title: Our Office In Hoboken | DraftKings Careers
Capture URL: https://careers.draftkings.com/locations/united-states/hoboken/
Capture timestamp (UTC): Tue, 28 Jan 2025 20:58:06 GMT

## YOUR BENEFITS

# IN THE US

LEARN MORE



### HEALTH BENEFITS

We take your wellbeing and health seriously. DraftKings offers comprehensive health benefits, including various medical plans, dental, and vision.



### WELLBEIN PROGRAM

You'll have free access to programs such as free therap sessions with Lyra Mental Hea Solution, Lyra Employee Assistance Program, the Calm App, Virtual Yoga Classes, and many more.

 

## JOIN OUR
# TALENT
# COMMUNITY

Stay in touch with us, and we'll let you know when the right role pops up.

JOIN NOW



Document title: Our Office In Hoboken | DraftKings Careers
Capture URL: https://careers.draftkings.com/locations/united-states/hoboken/
Capture timestamp (UTC): Tue, 28 Jan 2025 20:58:06 GMT



# JOBS

# WORKING HERE ⌄

# TEAMS ⌄

# LOCATIONS ⌄

# EARLY CAREERS ⌄

# LIFE AT DRAFTKINGS ⌄

**JOIN TALENT COMMUNITY**

**About DraftKings** / **Responsible Gaming** / **Privacy Notice** /

**Cookies** / **CCPA Policy** / **GDPR Policy** / **Life At DraftKings** /

**Sitemap** / **Do Not Sell or Share My Personal Information**

    

© DraftKings 2025, all rights reserved.

Exhibit 18



## OUR OFFICES IN THE
# UNITED STATES

With offices spread across Boston, Las Vegas, New York, Hoboken, Atlantic City, and Houston, we share a common goal of putting our customers first at the center of everything we do.



# BUILD THE FUTURE

We operate across several time zones throughout the United States. Home to DraftKings' headquarters, our teammates in the U.S. offices are a central touchpoint to our global connectivity. Here, you'll find new ways



We operate across several time zones throughout the United States. Home to DraftKings' headquarters, our teammates in the U.S. offices are a central touchpoint to our global connectivity. Here, you'll find new ways to explore your curiosity through your work and the people you meet.







**Nestled in the heart of Boston,** our headquarters houses many of our core teams such as Engineering, Analytics, Media, and Customer Experience to name a few. You'll have the opportunity to connect with teammates across the globe to build the ultimate products and experiences for our customers.

Located in Hoboken, New Jersey, this office is home to our Customer Experience, Compliance, and Fraud teams. With over 7,500 square feet of office space, **it's the ideal space to collaborate** or grab a coffee with your teammates while overlooking the Hudson River.

With teams supporting our Casino & iGaming and Sportsbook products, our **Houston team members are operating at the highest levels**. How do we do this? Well, we have an in-house cafe to keep you caffeinated and refreshed.





The newly minted office in Las Vegas boasts an impressive 90,000 square feet of office space. Housing teams such as Customer Experience, Sports Trading, Fraud, and IT, our Las Vegas

In the Big Apple, our office **in the heart of downtown Manhattan** is the place to be. Teammates from several teams work in this office–Ad Operations, Marketing, Business Development, IT,

The newly minted office in Las Vegas boasts an impressive 90,000 square feet of office space. Housing teams such as Customer Experience, Sports Trading, Fraud, and IT, our Las Vegas team is at the heart of providing **award-winning service** to millions of our customers.

In the Big Apple, our office **in the heart of downtown Manhattan** is the place to be. Teammates from several teams work in this office–Ad Operations, Marketing, Business Development, IT, Analytics, Operations, and more. In the city that never sleeps, we keep the DraftKings engine running.

## EXPLORE
# OPEN ROLES

Home to DraftKings' headquarters, find the right role for you and dive into the action!

**VIEW ALL**



### ASSOCIATE OPERATIONS MANAGER, JACKPOCKET
📍 Manchester, NH

### ACCOUNT OPERATIONS SENIOR ASSOCIATE
📍 Boston, MA

### OPERATIONS MANAGER, JACKPOCKET
📍 Hewitt, NJ

### SENIOR ANALYST, CASINO ANALYTICS
📍 Boston, MA

### OPERATIONS MANAGER, JACKPOCKET
📍 Austin, TX

## YOUR BENEFITS
# IN THE US





### HEALTH BENEFITS



### WELLBEING PROGRAM



**LEARN MORE**




### HEALTH BENEFITS

We take your wellbeing and health seriously. DraftKings offers comprehensive health benefits, including various medical plans, dental, and vision.

### WELLBEING PROGRAM

You'll have free access to programs such as free therap sessions with Lyra Mental Hea Solution, Lyra Employee Assistance Program, the Calm App, Virtual Yoga Classes, and many more.








### FULLY STOCKED KITCHENS

Need a break from your computer screen? Grab a snack or a coffee and hang out with your teammates in one of our cafes. Our kitchens are always stocked with a variety of snacks and drinks.



### SOCIAL HOURS

We achieve greater things together. Whether it's getting together with teammates or celebrating an event with our Business Resource Groups, w celebrate our wins together.




Document title: Our Offices In The US | DraftKings Careers
Capture URL: https://careers.draftkings.com/locations/united-states/
Capture timestamp (UTC): Tue, 28 Jan 2025 20:57:02 GMT

**JOIN OUR**

# TALENT
# COMMUNITY

Stay in touch with us, and we'll let you know when the right role pops up.

JOIN NOW





## JOBS

## WORKING HERE ⌄

## TEAMS ⌄

## LOCATIONS ⌄

## EARLY CAREERS ⌄

## LIFE AT DRAFTKINGS ⌄



# JOBS

# WORKING HERE ⌄

# TEAMS ⌄

# LOCATIONS ⌄

# EARLY CAREERS ⌄

# LIFE AT DRAFTKINGS ⌄

**JOIN TALENT COMMUNITY**

**About DraftKings** / **Responsible Gaming** / **Privacy Notice** /

**Cookies** / **CCPA Policy** / **GDPR Policy** / **Life At DraftKings** /

**Sitemap** / **Do Not Sell or Share My Personal Information**

    

© DraftKings 2025, all rights reserved.

# Exhibit 19



## WHO WE ARE

## OUR AMBITION

It's simple, at DraftKings, we believe life's fun when you're in on the action. For that reason, we're committed to responsibly creating the world's favorite games and betting experiences. It's our ultimate vision to build the best, most trusted, and most customer-centric destination for fans; to develop the most innovative and entertaining real money products and offers; to forever transform the manner in which people experience sports; and to be a fully vertically integrated sports betting operator. Together let's compete, bond, and innovate.

## OUR STORY



It all started with a deep love for fantasy sports.
Jason Robins, Paul Liberman, and Matt Kalish thought season-long fantasy was great. But daily fantasy could be better. They were friends and coworkers. Soon they'd be cofounders.

Within a few years, DraftKings, the company they'd launch from a spare bedroom in Paul's Watertown, Massachusetts apartment, was an internationally known brand on its way to forever revolutionizing how fans engaged with sports.

Since the daily fantasy sports platform launched in 2012, DraftKings has grown, and grown fast. Now it offers an immersive sports entertainment experience.

In April 2020 DraftKings began trading on the Nasdaq Stock Exchange under the ticker symbol "DKNG when it closed its business combination with the publicly traded special acquisition company Diamond Eagle Acquisition Company and SBTech, an international turnkey provider of cutting-edge sports betting and gaming technologies. The combined company became the only vertically

Document title: Who We Are | About DraftKings
Capture URL: https://www.draftkings.com/who-we-are-about
Capture timestamp (UTC): Tue, 28 Jan 2025 20:57:26 GMT



immersive sports entertainment experience. The combined company is listed on the Nasdaq Stock Exchange under the ticker symbol "DKNG when it closed its business combination with the publicly traded special acquisition company Diamond Eagle Acquisition Company and SBTech, an international turnkey provider of cutting-edge sports betting and gaming technologies. The combined company became the only vertically integrated pure-play sports betting and online gaming company based in the United States with a focus on the American sports fan.

## RESPONSIBILITY

At DraftKings, responsibility is our cultural GPS. We dutifully and soulfully invest in people, processes, and technology to create a secure gaming environment. Our top priority is making sure you're playing safely and responsibly.

Learn more about our Safer Play resources and the tools available for self-temperament.





## INCLUSION, EQUITY + BELONGING

At DraftKings, Inclusion means anyone and everyone can wear the crown.We are propelled by constant curiosity. Diverse perspectives. Thoughts, beliefs, ideas, and experiences. They're invaluable assets that continue to help us build toward our vision. We strive to create a place where all feel safe. Empowered. Engaged. Championed. Inspired. And most of all, like winners.The DraftKings ethos of openness and inclusion will not be satisfied until we achieve opportunity parity across our organization. In all we do. From recruiting to career progression to beyond our walls.

satisfied until we achieve opportunity parity across our organization. In all we do. From recruiting to career progression to beyond our walls.

## CORPORATE SOCIAL RESPONSIBILITY

We take great pride in our DK S.E.R.V.E.S. program, which allows us to give back to causes and communities across the globe. Whether we are training veterans in the latest technology, planting trees around the world, or partnering with organizations to support their efforts both large and small, we believe it is our responsibility to give back. We are committed to facilitating meaningful relationships with our partner organizations to drive their initiatives forward and provide our employees with the opportunity to make philanthropy part of their professional life.

In addition, we offer charitable daily fantasy sports contests and free-to-play pools throughout the year, allowing our customers to play an active role in supporting our initiatives. Learn More about our DK S.E.R.V.E.S. program and how you can get involved.



## LEADERSHIP



### JASON ROBINS
**Chief Executive Officer**
**Cofounder**

Learn More



### MATT KALISH
**President, DraftKings North America**
**Cofounder**

Learn More



### PAUL LIBERMAN
**President, Global Technology and Product**
**Cofounder**

Learn More

### JENNIFER AGUIAR
**Chief Compliance Officer**

Learn More

### ALAN ELLINGSON
**Chief Financial Officer**

Learn More

### LINDA BUKATA AIELLO
**Chief People Officer**

Learn More

### DAVID LEBOW
**Chief of Staff**

Learn More

### SHAY BERKA
**Chief International Officer**

Learn More

### STEPHANIE SHERMAN
**Chief Marketing Officer**

Learn More

### DAVID LEBOW
**Chief of Staff**

Learn More

### SHAY BERKA
**Chief International Officer**

Learn More

### STEPHANIE SHERMAN
**Chief Marketing Officer**

Learn More

### R. STANTON DODGE
**Chief Legal Officer**

Learn More

### COREY GOTTLIEB
**Chief Product Officer**

Learn More

### SHAWN HENLEY
**Chief Customer Officer**

Learn More

### GREG KARAMITIS
**Chief Revenue Officer**

Learn More

### MARIE DONOGHUE
**Chief Business & Growth Officer**

Learn More

### ZACHARY MAYBURY
**Chief Technology Officer**

Learn More

### JEREMY ELBAUM
**Chief Commercial Officer**

Learn More

### LORI KALANI
**Chief Responsible Gaming Officer**

Learn More

### JASON PARK
**Chief Transformation Officer**

Learn More



## OUR LOCATIONS

**BOSTON - HEADQUARTERS**

**DUBLIN**

**HOBOKEN**

**HOUSTON**

**ATLANTIC CITY**

**LAS VEGAS**

**LONDON**

**NEW YORK**

**PLOVDIV**

**SOFIA**

**TEL AVIV**



Chief Revenue Officer

**Learn More**

Chief Business & Growth
Officer

**Learn More**

Chief Technology Officer

**Learn More**

**JEREMY ELBAUM**
Chief Commercial Officer

**Learn More**

**LORI KALANI**
Chief Responsible Gaming
Officer

**Learn More**

**JASON PARK**
Chief Transformation
Officer

**Learn More**

## OUR LOCATIONS

**BOSTON - HEADQUARTERS**

**DUBLIN**

**HOBOKEN**

**HOUSTON**

**ATLANTIC CITY**

**LAS VEGAS**

**LONDON**

**NEW YORK**

**PLOVDIV**

**SOFIA**

**TEL AVIV**

**DRAFTKINGS**

Privacy Policy

Terms Of Use

Responsible Gaming

Contact Us

Investors

Advertise with Us

Partner with Us

Press Contact

Facebook

Twitter

Instagram

YouTube

Exhibit 20





DRAFT KINGS AT CASINO QUEEN

DAILY FANTASY | SPORTSBOOK | CASINO | PICK6 | DK HORSE | DK SHOP | Responsible Gaming

Home | My Bets | Live In-Game | Promos | How to Bet | VIP | Pools | More

Want to start placing bets? Log In

**POPULAR**

- College Basketball (M)
- NFL
- NBA
- NHL
- Champions League
- Mexico - Liga MX
- AT&T Pebble Beach Pro Am
- Eurocup
- England - League One
- TT Elite Series
- Challenger - Piracicaba
- WTA - Linz
- Europa League
- England - League Two

**SPORTS TEAMS**

**A-Z SPORTS**

- AUSSIE RULES
- BADMINTON
- BASEBALL
- BASKETBALL
- BOXING
- CORNHOLE
- CRICKET
- CYCLING
- DARTS
- FOOTBALL
- GOLF
- HOCKEY
- JAI ALAI
- LACROSSE
- MMA
- MOTORSPORTS
- RUGBY LEAGUE
- RUGBY UNION
- SAILING
- SLAP FIGHTING
- SOCCER
- TABLE TENNIS
- TENNIS
- VOLLEYBALL
- WRESTLING

**NFL WEEKLY ODDS**

**PRIMETIME GAMES**

JOIN DRAFTKINGS SPORTSBOOK
GET $200 IN BONUS BETS INSTANTLY!
View Terms >

Log In | Sign Up

**WE'RE HAVING SOME TROUBLE LOADING YOUR PROMOS**

Please refresh the page or try again later

Refer a Friend & get up to Ten 100% Profit Boosts!

LIVE IN-GAME 58 | STATS HUB | NBA | CBB | NHL | SUPER BOWL LIX | TD SCORERS | CHAMPION

TENNIS | BASKETBALL | SOCCER | TABLE TENNIS | HOCKEY

**Moneyline**

**ATP - MONTPELLIER**

SGP **Harold Mayot vs Arthur Rinderknech**

| LIVE 3RD | | 1 | 2 | 3 |
|---|---|---|---|---|
| Harold Mayot | 0 | 6 | 6 | 0 |
| Arthur Rinderknech | 0 | 7 | 2 | 0 |

Harold Mayot −120 | Arthur Rinderknech −110

**WTA - LINZ**

**CHALLENGER - PIRACICABA**

**ITF DOUBLES - PALM COAST, FL (M)**

**CHALLENGER - CLEVELAND**

**ITF - ROME, GA (W)**

**ITF DOUBLES - HUAMANTLA (M)**

0 **BET SLIP**

**YOUR PICKS WILL SHOW UP HERE.**

Select picks to then see the different types of bets available, including Singles, Parlays, Teasers, Round Robins and more.

DRAFTKINGS SOCIAL

Login to see Social activity

W...
New to Sports Betting? Click

Server Time: 01/28/2025 8:55:44 p.m.

Document title: Sports Betting | Bet Online Legally with DraftKings Sportsbook
Capture URL: https://sportsbook.draftkings.com/
Capture timestamp (UTC): Tue, 28 Jan 2025 20:55:51 GMT

Login to see Social activity

TENNIS

VOLLEYBALL

WRESTLING

**NFL WEEKLY ODDS**

**PRIMETIME GAMES**

**PROP BETS**

**FUTURES**

**PLAYOFF PAGES**

College Football Playoffs

March Madness

NBA Playoffs

NFL Playoffs

**CHAMPIONSHIP PAGES**

Final Four

NBA Finals

Ryder Cup

Stanley Cup

Super Bowl Odds

The Masters

World Series

# DraftKings Inc.

Boston, MA

   

## COMPANY

About DraftKings

Careers

Mobile Apps

Affiliates

Refer a Friend

Get Help

Terms Of Use

Privacy Policy

Responsible Gaming

Retail Sportsbook Locations

Casino Partners

Accessibility

Online Casino

Daily Fantasy Sports

DKNation Sports News

Do Not Sell or Share My Personal Information

## SPORTSBOOK ODDS

NFL Odds

NBA Odds

MLB Odds

UFC Odds

NHL Odds

PGA Odds

Soccer Odds

Tennis Odds

College Basketball Odds

College Football Odds

Live Odds

Super Bowl Odds

NFL Playoffs Odds

## BETTING GUIDES

How To Bet

How to Bet on Football

How to Bet on Basketball

How to Bet on UFC

How to Bet on Baseball

How to Bet on Hockey

How to Bet on Golf

How to Bet on Soccer

How to Bet on Tennis

How to Bet on NASCAR

## LOCATIONS

**US Office**

222 Berkeley Street

Boston, MA

02116

**New Jersey Office**

PO Box 399

Hoboken, NJ

07030

**UK Office**

15 Ingestre Place

Suite 265

Soho, London

W1F OJH



Must be 21+ and in Illinois to place wagers. If you or someone you know has a gambling problem and wants help, call 1-800-GAMBLER. Subject to regulatory licensing requirements.

© 2012-2025 DraftKings All Rights Reserved.

  

Server Time: 01/28/2025 8:55:45 p.m.

Document title: Sports Betting | Bet Online Legally with DraftKings Sportsbook
Capture URL: https://sportsbook.draftkings.com/
Capture timestamp (UTC): Tue, 28 Jan 2025 20:55:51 GMT

# Exhibit 21





# INVESTOR PRESENTATION

**JANUARY 2020**

# LEGAL DISCLAIMER

This investor presentation ("Investor Presentation") is for informational purposes and does not constitute an offer to sell, a solicitation of an offer to buy, or a recommendation to purchase any equity, debt or other financial instruments of DraftKings Inc. ("DraftKings", "DK" or "the Company"), Diamond Eagle Acquisition Corp. ("DEAC") or SBTech (Global) Limited ("SBT" or "SBTech") or any of their affiliates. The Investor Presentation has been prepared to assist investors in making their own evaluation with respect to the proposed business combination, as contemplated in the definitive Business Combination Agreement entered into by and among DEAC, DraftKings, SBT, DEAC NV Merger Corp., DEAC Merger Sub, the shareholders of SBT party thereto and their representative and for no other purpose. It is not intended to form the basis of any investment decision or any other decision in respect of the business combination. The information contained herein does not purport to be all-inclusive. The data contained herein is derived from various internal and external sources. No representation is made as to the reasonableness of the assumptions made within or the accuracy or completeness of any projections or modeling or any other information contained herein. Any data on past performance or modeling contained herein is not an indication as to future performance. DEAC, DraftKings and SBT assume no obligation to update any information in this Investor Presentation, except as required by law.

**Important Information About the Business Combination and Where to Find It**

In connection with the proposed business combination, DEAC NV Merger Corp., a subsidiary of DEAC and the going-forward public company to be renamed DraftKings Inc. at closing ("New DraftKings" or "New DK"), has filed a registration statement on Form S-4 (the "Registration Statement") with the U.S. Securities and Exchange Commission (the "SEC"), which includes a proxy statement/prospectus, and certain other related documents, to be used at the meeting of DEAC stockholders to approve the proposed business combination. This material is not a substitute for the definitive proxy statement/prospectus regarding the proposed business combination. Investors and security holders of DEAC are urged to read the proxy statement/prospectus, any amendments thereto and other relevant documents that are filed with the SEC carefully and in their entirety because they contain important information about DraftKings, SBT, DEAC and the proposed business combination. The definitive proxy statement will be mailed to stockholders of DEAC as of a record date to be established for voting on the proposed business combination. Investors and security holders are able to obtain copies of the Registration Statement and other documents containing important information about each of the companies once such documents are filed with the SEC, without charge, at the SEC's web site at www.sec.gov,or by directing a request to: Diamond Eagle Acquisition Corp., 2121 Avenue of the Stars, Suite 2300, Los Angeles, California, Attention: Eli Baker, President, Chief Financial Officer and Secretary, (310) 209-7280.

**Participants in the Solicitation**

DEAC and its directors and executive officers may be deemed participants in the solicitation of proxies from DEAC's stockholders with respect to the proposed business combination. A list of the names of those directors and executive officers and a description of their interests in DEAC is contained in the final prospectus for DEAC's initial public offering, which was filed with the SEC on May 14, 2019, and is available free of charge at the SEC's web site at www.sec.gov, or by directing a request to Diamond Eagle Acquisition Corp., 2121 Avenue of the Stars, Suite 2300, Los Angeles, California, Attention: Eli Baker, President, Chief Financial Officer and Secretary, (310) 209-7280. Additional information regarding the interests of such participants will be set forth in the Registration Statement for the proposed business combination when available.

Each of DraftKings and SBT and its directors and executive officers may also be deemed to be participants in the solicitation of proxies from the stockholders of DEAC in connection with the proposed business combination.

**No Offer or Solicitation**

This Investor Presentation does not constitute a solicitation of a proxy, consent or authorization with respect to any securities or in respect of the business combination. This Investor Presentation also does not constitute an offer to sell or the solicitation of an offer to buy securities, nor will there be any sale of securities in any state or jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. No offering of securities will be made except by means of a prospectus meeting the requirements of Securities Act of 1933, as amended, or an exemption therefrom.

**Industry and Market Data**

This presentation includes information and statistics regarding market participants in the sectors in which DraftKings and SBT compete and other industry data which was obtained from third-party sources, including reports by market research firms and company filings.

**Trademarks**

This presentation may contain trademarks, service marks, trade names and copyrights of other companies, which are the property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this presentation may be listed without the TM, SM © or ® symbols, but DEAC, DraftKings, and SBT will assert, to the fullest extent under applicable law, the rights of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.

**Use of Non-GAAP Financial Matters**

This presentation includes non-GAAP financial measures, including EBITDA. DEAC, DraftKings and SBT believe that these non-GAAP measures are useful to investors for two principal reasons. First, they believe these measures may assist investors in comparing performance over various reporting periods on a consistent basis by removing from operating results the impact of items that do not reflect core operating performance. Second, these measures are used by DraftKings' and SBT's management to assess its performance and may (subject to the limitations described below) enable investors to compare the performance of the combined company to its competition. DEAC, DraftKings and SBT believe that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating ongoing operating results and trends. These non-GAAP measures should not be considered in isolation from, or as an alternative to, financial measures determined in accordance with GAAP. Other companies may calculate these non-GAAP financial measures differently, and therefore such financial measures may not be directly comparable to similarly titled measures of other companies.

**Projected Financial Information**

This presentation contains financial forecasts, which were prepared in good faith by DraftKings and SBT on a basis believed to be reasonable. Such financial forecasts have not been prepared in conformity with generally accepted accounting principles ("GAAP"). Neither DraftKings', SBT's nor DEAC's independent auditors have audited, reviewed, compiled or performed any procedures with respect to the projections for the purpose of their inclusion in this presentation, and accordingly, they have not expressed an opinion nor provided any other form of assurance with respect thereto for the purpose of this presentation. These projections are for illustrative purposes only and should not be relied upon as being necessarily indicative of future results. Certain of the above-mentioned projected information has been provided for purposes of providing comparisons with historical data. The assumptions and estimates underlying the prospective financial information are inherently uncertain and are subject to a wide variety of significant business, economic and competitive risks and uncertainties that could cause actual results to differ materially from those contained in the prospective financial information. Projections are inherently uncertain due to a number of factors outside of DraftKings', SBT's and DEAC's control. Accordingly, there can be no assurance that the prospective results are indicative of the future performance of DraftKings, SBT, DEAC or the combined company or that actual results will not differ materially from those presented in the prospective financial information. Inclusion of the prospective financial information in this presentation should not be regarded as a representation by any person that the results contained in the prospective financial information will be achieved.

**Forward Looking Statements and Investment Considerations**

Certain statements made in this presentation are "forward looking statements" within the meaning of the "safe harbor" provisions of the United States Private Securities Litigation Reform Act of 1995. When used in this presentation, the words "estimates," "projected," "expects," "anticipates," "forecasts," "plans," "intends," "believes," "seeks," "may," "will," "should," "future," "propose" and variations of these words or similar expressions (or the negative versions of such words or expressions) are intended to identify forward-looking statements. These forward-looking statements are not guarantees of future performance, conditions or results, and involve a number of known and unknown risks, uncertainties, assumptions and other important factors, many of which are outside Diamond Eagle's, DraftKings' or SBTech's control, that could cause actual results or outcomes to differ materially from those discussed in the forward-looking statements. Important factors, among others, that may affect actual results or outcomes include the inability to complete the business combination (including due to the failure to receive required shareholder approvals, failure to receive approvals or other determinations from certain gaming regulatory authorities, or the failure of other closing conditions); the inability to recognize the anticipated benefits of the proposed business combination; the inability to obtain or maintain the listing of the New DraftKings' shares on Nasdaq following the business combination; costs related to the business combination; the risk that the business combination disrupts current plans and operations as a result of the announcement and consummation of the business combination; New DraftKings' ability to manage growth; New DraftKings' ability to execute its business plan and meet its projections; potential litigation involving Diamond Eagle, DraftKings, SBTech, or after the closing, New DraftKings; changes in applicable laws or regulations, particularly with respect to gaming, and general economic and market conditions impacting demand for DraftKings or SBTech products and services, and in particular economic and market conditions in the media/entertainment/gaming/software industry in the markets in which DraftKings and SBTech operate; and other risks and uncertainties indicated from time to time in the proxy statement/prospectus relating to the business combination, including those under "Risk Factors" therein, and in Diamond Eagle's and/or New DraftKings' other filings with the SEC. None of Diamond Eagle, DraftKings or SBTech undertakes any obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.

# THE DRAFTKINGS / DIAMOND EAGLE TEAM



**Jason Robins**
Chief Executive Officer
and Co-Founder of DraftKings

- Co-founded DraftKings in 2011 and has served as DraftKings' Chief Executive Officer since inception

- Oversees the company's strategy and operations

- Has built a reputation for expanding DraftKings' reach across numerous platforms through wide-ranging, forward-thinking partnerships

- Attended Duke University where he received his B.S. in Economics and Computer Science



**Jason Park**
Chief Financial Officer
of DraftKings

- Joined DraftKings as Chief Financial Officer in June 2019

- Responsible for accounting, tax, treasury, financial planning and analysis, and investor relations

- Prior to joining DraftKings, worked at Bain Capital as an Operating Partner focused on technology investments from January 2009 to June 2019

- Received his M.B.A. from the Wharton School and B.B.A. and Master of Accountancy from the University of Michigan



**Harry Sloan**
Principal Founder of
Diamond Eagle

- Founding investor of Diamond Eagle

- Has co-led four prior public acquisition vehicles and raised a total of over $1.3 billion

- Has held various executive level positions at media and entertainment companies, including serving as Chairman and CEO of MGM from 2005-2009

- Holds J.D. from Loyola Law School and B.A. from UCLA



# OUR MISSION

*"We **make life more exciting** by responsibly creating the world's favorite real-money games and betting experiences"*

# OUR VISION

*"To build the best, most trusted, and most customer-centric destination for skin-in-the-game fans, to develop the most innovative and entertaining real money gaming products and offers, and to **forever transform the manner in which people experience sports"***

# TABLE OF CONTENTS

**1** Massive Global Sports Betting and iGaming Opportunity

**$70BN+**
**Global Sportsbook TAM[(1)]**

**~$40BN**
**Expected U.S. OSB and iGaming TAM[(2)]**

**2** Premier Brand in Digital Sports Entertainment and Leader in the U.S. Market

**#1**
**Rated DFS and Sportsbook Platform[(3)]**

**6 States**
**with live New DK OSB[(4)]**

**3** DraftKings and SBTech Together Create a Global, Vertically-Integrated Powerhouse

**22**
**U.S. and International Licenses**

**$100MM+**
**Cost Synergies**

**4** Attractive Economic Profile Positioned for Long-Term Profitability

**~38%**
**State-Level OSB Contribution Margin at Maturity**

**Path to**
**$1BN+**
**in EBITDA[(5)]**

**5** Vertically Integrated, Sports Betting and iGaming Company Well Capitalized for the Future

**Public Currency** **+** **$500MM+**
**Cash Infusion[(6)]**

Source:   H2 Gambling Capital Global All Product Summary Report, June 2019.
(1)        "TAM" stands for total addressable market and is measured in gross gaming revenue.
(2)        "OSB" stands for online sportsbook.
(3)        "DFS" stands for daily fantasy sports.
(4)        Live New DK OSB states include IN, NH, NJ, OR, PA, and WV.
(5)        See page 22 for detailed assumptions.
(6)        Assumes no redemptions from DEAC's trust account.



# 1 MASSIVE GLOBAL MARKET OPPORTUNITY



## GLOBAL MOVEMENT TOWARDS REGULATION

- Regulated
- Regulatory momentum

## GLOBAL GAMING MARKET GGR[1] (2019E)

Market size: $456 billion

- Bingo 3%
- Lotteries 26%
- Casino 35%
- Sports betting[2] 16%
- Gaming machines / slots 20%

## ONLINE / MOBILE'S GROWING SHARE OF GLOBAL GGR

($ in billions)

| | 2015A | 2016A | 2017A | 2018A | 2019E |
|---|---|---|---|---|---|
| Online / mobile | $38 | $42 | $46 | $51 | $56 |
| Brick & mortar | $364 | $371 | $382 | $398 | $400 |
| Online as % of total | 9.5% | 10.1% | 10.8% | 11.3% | 12.2% |

Brick & mortar   Online / mobile

Source: Eilers and Krejcik Gaming. 2018 Oxford Economics U.S. population estimates. H2 Gambling Capital Global All Product Summary Report, June 2019.
(1)    "GGR" stands for gross gaming revenue.
(2)    Sports betting includes horse racing.

| 6

**1** THE U.S. ONLINE SPORTS BETTING MARKET IS ESTIMATED TO BE $18-23 BILLION AT MATURITY



ESTIMATED U.S. ONLINE SPORTS BETTING MARKET AT MATURITY

($ in billions)

$18[1]

$22[2]

$23[3]

$18[4]

**Implied U.S. Market (NJ)**

**Implied U.S. Market (U.K.)**

**Implied U.S. Market (AU)**

**Average Analyst Estimate**

Source: NJ Department of Gaming Enforcement; H2 Gambling Capital Global All Product Summary Report, June 2019; U.S. Census Bureau; U.K. Office for National Statistics. Industry Research.
(1)     Applies 5 year historical NJ iGaming CAGR (28%) to annualized H1'19 NJ OSB GGR ($180 million) to calculate 2023E NJ OSB GGR; extrapolation based on percentage of U.S. population.
(2)     Applies 2023E U.K. GGR per adult ($88) to U.S. adult population (254 million). 2023E U.K. GGR calculated as 2018 U.K. GGR grown at 5-yr historical OSB CAGR.
(3)     Applies 2023E AU GGR / adult ($92) per H2 Gambling to U.S. adult population (254 million).
(4)     Represents average of analyst estimates for entire U.S. population.

# **1** SPORTS BETTING IS LEGALIZED IN STATES REPRESENTING JUST OVER ONE-THIRD OF THE U.S. POPULATION

- Following the repeal of the Professional and Amateur Sports Protection Act (PASPA) in May 2018, **21** states, representing approximately **36** percent of the U.S. population, have legalized sports betting in some form (retail, mobile, or both)
  - — **14** states have legalized <u>online</u> sports betting, representing approximately **24%** of the U.S. population
  - — **9** states are currently live, representing approximately **13%** of the U.S. population
  - — DraftKings (including SBTech) is live in **6** states, representing approximately **11**% of the U.S. population

| | State | % of U.S. Population | Legalized[1] | Online[2] | Online Live or Pending Launch[3] |
|---|---|---|---|---|---|
| 1 | New Jersey | 2.7% | ✓ | ✓ | ✓ |
| 2 | West Virginia | 0.6% | ✓ | ✓ | ✓ |
| 3 | Indiana | 2.0% | ✓ | ✓ | ✓ |
| 4 | Oregon | 1.3% | ✓ | ✓ | ✓ |
| 5 | Pennsylvania | 3.9% | ✓ | ✓ | ✓ |
| 6 | New Hampshire | 0.4% | ✓ | ✓ | ✓ |
| 7 | Nevada | 0.9% | ✓ | ✓ | ✓ |
| 8 | Rhode Island | 0.3% | ✓ | ✓ | ✓ |
| 9 | Iowa | 1.0% | ✓ | ✓ | ✓ |
| 10 | Tennessee[4] | 2.1% | ✓ | ✓ | ✓ |
| 11 | Washington, DC | 0.0% | ✓ | ✓ | ✓ |
| 12 | Illinois | 3.9% | ✓ | ✓ | ✓ |
| 13 | Colorado | 1.7% | ✓ | ✓ | ✓ |
| 14 | Michigan | 3.1% | ✓ | ✓ | ✓ |
| 15 | Delaware | 0.3% | ✓ | - | - |
| 16 | Mississippi | 0.9% | ✓ | - | - |
| 17 | New Mexico[5] | 0.6% | ✓ | - | - |
| 18 | Montana | 0.3% | ✓ | - | - |
| 19 | Arkansas | 0.9% | ✓ | - | - |
| 20 | New York | 6.0% | ✓ | - | - |
| 21 | North Carolina | 3.2% | ✓ | - | - |
| | **% of U.S. Population** | | **36%** | **24%** | **13%** |

 **Indicates states that DraftKings' OSB is currently live in, representing ~11% of the U.S. population[6]**

Source: "U.S. sports betting tracker" from Gambling Compliance; "Where is sports betting legal in the U.S.?" from Legal Sports Report, U.S. Census Data as of July 2018 (https://www2.census.gov/programs-surveys/popest/tables/2010-2018/state/totals/nst-est2018-02.xlsx).
Note: States within each category sorted by launch date where applicable. Live DK states sorted by DK launch date. States pending online launch sorted by legalization date.
(1) Indicates states that have legalized sports betting in some form.
(2) Indicates states with online sportsbooks.
(3) Green check indicates states with operational online sports betting, while yellow check indicates states that are still pending launch.
(4) Tennessee is the only state without retail sportsbooks.
(5) In New Mexico, sports betting is limited to provision by Native American tribes.
(6) Includes SBTech, which provides its online and retail sportsbook offering to the Oregon State Lottery.

# 1 U.S. iGAMING IS THE NEXT WAVE

- iGaming is nearly a half billion dollar industry in New Jersey; **growth has accelerated** since the introduction of OSB in August 2018

- Based on an extrapolation of NJ, we estimate the U.S. iGaming opportunity to be approximately **$21 billion in GGR**



| NEW JERSEY iGAMING GGR | U.S. MARKET |

($ in millions)

**25% CAGR (2014A – 2018A)**

**+ 51%**

$21 billion

| | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E [1] |
|---|---|---|---|---|---|---|
| | $123 | $149 | $197 | $246 | $299 | $452 |
| YoY Growth | | 21% | 32% | 25% | 22% | 51% |

Implied U.S. Market [2]





Source: New Jersey Division of Gaming Enforcement.
(1)    Reflects actual data through September 30, 2019, which is then annualized.
(2)    Extrapolation based on 2019E New Jersey iGaming GGR, which is grown one year forward at the historical CAGR of 25%.

# 1  THE U.S. OSB AND iGAMING OPPORTUNITY: ~$40BN TAM

## DRAFTKINGS' ONLINE SPORTS BETTING TRAJECTORY

**$18BN**
**Implied Total U.S. Market**[1]

✕

**65%**
**of U.S. Population with Legalized OSB**[2]

✕

**20-30%**
**DraftKings' OSB Market Share**

=

**$2.3-3.5BN**
**in Gross OSB Revenue**

## DRAFTKINGS' iGAMING TRAJECTORY

**$21BN**
**Implied Total U.S. Market**[3]

✕

**30%**
**of U.S. Population with Legalized iGaming**[4]

✕

**10-20%**
**DraftKings' iGaming Market Share**

=

**$600MM-1.2BN**
**in Gross iGaming Revenue**

# $2.9-4.7BN

**OSB and iGaming Gross Revenue Opportunity for DraftKings**

Source: Eilers and Krejcik Gaming, New Jersey Division of Gaming Enforcement.
(1)    Based on extrapolation of New Jersey market on page 7.
(2)    OSB is legalized in states representing 24% of the U.S. population today.
(3)    Based on extrapolation of New Jersey market on page 9.
(4)    iGaming is legalized in states representing 10% of the U.S. population today.

# 2 DRAFTKINGS' DFS BUSINESS IS A DISTINCT COMPETITIVE ADVANTAGE

## DRAFTKINGS' DFS ADVANTAGE

**$213MM**
**2019E Revenue**

**Strong Relationships**
**with Regulators, Leagues, and Media**

**43 States** / **~60%+**
**Live**     **DFS Market Share**

**Profitable**
**Business Unit**

**Superior Capabilities**
Customer Acquisition, CRM, Cross-Selling,
Data Analytics, and more

**4 Million+**
**DFS Paid Users**

## DRAFTKINGS IS TOP OF MIND WITH CONSUMERS[1]

**Question asked: "When you think about brands that allow you to win money on sporting events, what is the first brand that comes to mind?"**



(1)    National survey of current online sports wagerers ages 21 – 54, n = 447 conducted by Arnold Worldwide in April 2018.

| 11

# 2 DFS DATABASE PROVIDES IMMEDIATE SOURCE OF ONLINE SPORTS BETTING AND GAMING USERS

## CROSS-SELL ACROSS DRAFTKINGS' OFFERINGS IN NEW JERSEY

- We have a **4MM+ unique paid user database**

- Our "single account" platform creates a **seamless user experience** across offerings

- As evidenced in NJ, we have **proven cross-sell capabilities** that magnify customer engagement

- DFS paid user database across 43 states **creates a significant base for future OSB and iGaming** users as new states go live



**4MM+ Unique Paid User Database**

DRAFTKINGS DAILY FANTASY

**~140k NJ DFS Database…**

**~30% cross-sell rate**

DRAFTKINGS SPORTSBOOK

**…with ~42k now playing OSB**

**~50% cross-sell rate**

DRAFTKINGS CASINO

**…and ~20k who play all three products**

Note: OSB and iGaming database figures reflect paid users from OSB launch in August 2018 through September 30, 2019.

# 2 SUCCESS IN ONLINE SPORTS BETTING



## OSB MARKET SHARE BY GGR – NOVEMBER 2019 YTD[1]

| | New Jersey | West Virginia | Indiana | Oregon[2] |
|---|---|---|---|---|
| **Number of Operators** | 15 | 2 | 3 | 1 |
| **Time of Market Launch** | August 2018 | August 2019 | October 2019 | October 2019 |
| **Time of DraftKings Launch** | August 2018 | August 2019 | October 2019 | October 2019 |

Source:  State gaming and lottery commissions, Legal Sports Report.
Note: NJ market share separates Stars/Resorts and PointsBet GGR from DraftKings' and FanDuel's licenses, respectively. PointsBet OSB GGR estimated as ~12% of license.
(1)       Excludes PA and NH as full months of data unavailable for the period. YTD calculated excludes month of launch for WV and IN.
(2)       Represents New DK's position through SBTech.

| 13

# **2** SUCCESS IN iGAMING – NEW JERSEY

## KEY TAKEAWAYS

- New Jersey iGaming has been legal for five years and DraftKings is the newest entrant

- DraftKings has established itself as the **#2 player in New Jersey**[1] within one year of launch and with very little marketing spend

- **98% of DraftKings' iGaming paid users have been cross-sold from other DraftKings' product offerings; most traditional casino-based operators do not have a comparable user data base**

- DraftKings has the potential to establish higher market share in states where there are no incumbent iGaming operators

- DraftKings anticipates two iGaming states will be live in 2020

## NJ iGAMING MARKET SHARE[1]



Source: New Jersey Division of Gaming Enforcement. Data as of November 30, 2019.
(1)    Based on a combination of actual and estimated financial data per the New Jersey Division of Gaming Enforcement and DraftKings.
(2)    Includes data from October and November.

# 3 DRAFTKINGS & SBTECH: A FULLY INTEGRATED PLATFORM THAT ENABLES DRAFTKINGS' MISSION



First-to-market with **innovative products** focused on the U.S. sports fan



Ability to **control our product roadmap** and give customers what they want through **proprietary, in-house technology**







Access meaningful pockets of **additional end users** in the U.S. and abroad



Provide fuel for growth through **cost synergies** of $100MM+ at maturity and industry-leading unit economics

# **3** SBTECH: A LEADER IN ONLINE GAMING TECHNOLOGY

## COMPANY OVERVIEW

- Positioned as one of the fastest growing tech firms within sports betting, with an **omni-channel solution**

- **Proven track record of outperformance** vs. industry peers on growth and margin

- **Growing global footprint** with material new opportunities emerging in Europe, U.S., Africa, Latin America, and Asia



**1,080+ employees**

**10+ years of experience**

**8+ global offices**

**20+ regulated markets / jurisdictions**

## REVENUE BY GEOGRAPHY

## WELL-POSITIONED FOR FUTURE GROWTH



U.S. 5%

Europe & U.K. 42%

**2019E Revenue: $110 million**

Asia 54%

**47%**
**2017-2020E Revenue CAGR[1]**

**$140MM**
**2020E Revenue**

**Recent Wins:** SVENSKA SPEL   OREGON LOTTERY.

(1)   Pro forma for SBTech's divesture of its Dot Com business.

# 3 TECHNOLOGY ENABLES MULTI-CHANNEL ACCESS TO USERS GLOBALLY



**Powered by**

**DRAFT KINGS + SBTech**

*DraftKings' branded OSB and iGaming platform*

**White Label B2C**
*Plug and play direct-to-consumer OSB and iGaming offering*

**Lottery-Run**
*Back-end turnkey OSB and iGaming technology solution*

**Retail Sportsbook**
*Traditional brick-and-mortar sportsbook services*

Note: Graphic is illustrative and not proportional to actual populations with access through each offering.

| 17

# 4 CAC ADVANTAGE DUE TO DFS DATABASE AND MARKETING KNOW HOW

## CUSTOMER ACQUISITION IN NEW JERSEY

New Jersey Unique Paid Users

**A**

### 43k
**OSB or iGaming Paid Users Cross Sold from Existing DFS Database**

**+**

**B**

### 93k
**Newly Acquired Paid Users**

**=**

**C**

### 136k
**Total NJ Unique Paid Users[1]**

**More than one-third of NJ paid users are from our existing NJ DFS database of ~140K[2]**

## ILLUSTRATIVE MARKETING EFFICIENCY AT SCALE

Average Effective Cost per Thousand ("eCPM")[3]



|  | Local | Regional | National (30% OSB Live) | National (65% OSB Live) |
|---|---|---|---|---|
| **Average CPM** | ~$90 | ~$90 | ~$30 | ~$30 |
| **Marketing Efficiency[4]** | ~75% | ~95% | ~40% | ~75% |

Note: OSB and iGaming database figures reflect paid users from OSB launch in August 2018 through September 30, 2019.
(1)     Excludes existing out-of-state DFS users who have used the product in New Jersey.
(2)     DFS existing database defined as number of cumulative unique paid users living in New Jersey prior to OSB launch in August 2018.
(3)     eCPM calculated as average CPM divided by marketing efficiency.
(4)     Marketing efficiency is the percentage of impressions that reach live DK states.

# **4** PROVEN REVENUE RETENTION DRIVES LTV



## NEW JERSEY NET REVENUE BY COHORT[1]

*Introduction of OSB and iGaming in 2018*

+223%

+231%

2014    2015    2016    2017    2018[2]    2019E

■ 2012-14   ■ 2015   ■ 2016   ■ 2017   ■ 2018   ■ 2019

■ **Key Takeaways**

— Each cohort has expanded in both years since the introduction of OSB and iGaming

— In the first full-year with all products live (i.e. 2019E), 2012-2017 cohorts experienced **a 4.1x increase in revenue** relative to 2017

— Size of new cohorts is significantly larger than past cohorts

(1)   Cohort year determined by user's first paid activity, whether DFS, OSB, or iGaming.
(2)   2018 data reflects five months of live OSB and one month of live iGaming.

| 19

# 4 EXPECTED NEW JERSEY CONTRIBUTION PROFIT DEMONSTRATES SPEED TO PROFITABILITY



**NEW JERSEY SERVES AS EXAMPLE OF STATE-BY-STATE ECONOMIC RAMP**

($ in millions)

■ GGR  ■ NGR  ■ Gross profit  ■ Contribution profit

**Launch Year**
August – December 2018

$26 / $21 / $8 / ($10)

**Year 1**
2019E

$120 / $84 / $27 / ($11)

**Year 2**
2020E

$153 / $111 / $44 / $9

*State level profitability achievable by Year 2*

**Year 3**
2021E

$196 / $152 / $72 / $49

*Significant flow through upon achieving scale*

✓ Early outsized promotion and marketing spend is critical for initial user acquisition
– Declines as percentage of revenue as user base grows in each state

✓ Improving contribution profit as marketing spend rationalizes

✓ As more states launch, ability to shift to national spend will improve LTV / CAC and state profitability

✓ Significant operating leverage realized in platform & processing fees as business grows

Note: Reflective of initial performance in New Jersey and near-term projections for the state. Contribution profit reflects gross profit less external marketing.

**4** NEW JERSEY EXPECTED TO ACHIEVE 38% CONTRIBUTION MARGIN



**ILLUSTRATIVE NEW JERSEY UNIT ECONOMICS (EXPECTED YEAR 5)**

(% of Net Revenue)

100%

(18)%

(15)%

(10)%

(7)%

*By Year 5, marketing spend rationalizes, allowing for 38% contribution margin*

50%

(13)%

38%

Net Revenue    Taxes    Platform    Processing    Revenue Share    Gross Margin    External Marketing    Contribution Margin

Note: Figures may not foot due to rounding and are displayed as percentage of net revenue.

# 4 ILLUSTRATIVE PATH TO $1 BILLION+ IN EBITDA

($ in billions)

- Assumes 65% of population has live OSB and 30% of population has live iGaming, and then rolls forward 5 years to "maturity"
- Assumes DK has 25% and 15% market share in OSB and iGaming, respectively



As a result of the acquisition of SBT, new DK will:

- *Lower its COGS through the elimination of platform costs*
- *Improve product and technology cost structure through an efficient worldwide engineering network*
- *Consolidate administrative functions within G&A*

Note: Figures may not foot due to rounding.
(1)   Assumes 30% of U.S. population has access to legalized iGaming with DraftKings achieving 15% market share. Net of promotional allowances (22% of gross revenues).
(2)   Assumes 65% of U.S. population has access to legalized sports betting with DraftKings achieving 25% market share. Net of promotional allowances (22% of gross revenues).
(3)   Assumes 10% SG&A growth per annum from today. SG&A includes Sales and Marketing, Product and Technology, and General and Administrative expenses.

# 5 COMBINED COMPANY PROJECTION MODEL

## ASSUMPTIONS

- **2020 Assumptions**

  — Online sportsbook live in current "line-of-sight" states, which represent approximately 10% of the U.S. population

  — iGaming live in NJ and PA

  — DFS continues to maintain leading market position

  — SBTech grows from existing and newly acquired customers

- **2021 Assumptions**

  — Additional states legalize / launch online sports betting; OSB available to approximately 20% of U.S. population

  — iGaming is legalized in additional states; DraftKings generates revenue from states representing a further 4% of the U.S. population

  — DFS continues to maintain leading market position

  — SBTech grows from existing and newly acquired customers



**HISTORICAL / PROJECTED NET REVENUE**

($ in millions)

**YoY Growth**

|  | 2017 | 2018 | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| DraftKings | | 18% | 35% | 31% | 38% |
| SBTech | | 86% | 38% | 27% | 7% |
| DraftKings + SBTech | | **31%** | **36%** | **30%** | **30%** |

# 5 PROPOSED TRANSACTION SUMMARY





- Diamond Eagle Acquisition Corp. is a publicly listed special purpose acquisition vehicle with over $400 million in cash

- DEAC has agreed to combine with DraftKings and SBTech

  — Values the combined DK and SBT business at $2.7 billion (based on book value of DEAC)

  — Represents an attractive entry multiple of 3.9x 2021E revenue; projected annual revenue growth of 30%+ as states legalize and launch sports betting and iGaming

  — DK founders and shareholders are rolling 100% of their equity; SBT shareholders are rolling ~$450 million of equity

- Post-closing, the combined company will have a dual class shareholder structure with super voting rights comprised of Class A common stock, which will carry one vote per share, and Class B common stock, which will carry 10 votes per share. Jason Robins will hold Class A and Class B common stock such that he will hold approximately 90% of voting power.

- Concurrent with this transaction, DK and DEAC have raised $372 million[2] in committed PIPE equity from select investors

- After giving effect to the transaction (assuming no redemptions), the company will have over $500 million of unrestricted cash with public equity currency to ensure access to capital to fuel growth

## ILLUSTRATIVE SOURCES AND USES[3]

($ in millions)

| Sources | | Uses | |
|---|---|---|---|
| DEAC Cash in Trust[1] | $403 | Cash to Balance Sheet | $527 |
| PIPE Investment[2] | 372 | Cash to SBT Shareholders[4] | 198 |
| Sellers' Equity[5] | 2,700 | Sellers' Equity[5] | 2,700 |
| SPAC Upfront Founder Equity[6] | 37 | SPAC Upfront Founder Equity[6] | 37 |
| | | Transaction Fees[7] | 50 |
| **Total** | **$3,512** | **Total** | **$3,512** |

## ILLUSTRATIVE PRO FORMA OWNERSHIP AT CLOSE[3],[8]



- 74% Sellers' Rollover Equity
- 14% SPAC Shareholders
- 12% PIPE Investors

Note: DraftKings may increase the PIPE size between transaction announcement and close.
(1)     Cash held in the trust account as of September 30, 2019.
(2)     Includes $67 million in DK convertible notes that convert to PIPE shares. This amount does not count toward the determination of the satisfaction of the Minimum Proceeds Condition under the BCA.
(3)     Figures may not foot due to rounding. Assumes no redemptions from DEAC's trust account.
(4)     Represents SBT cash consideration converted to USD at 1.098 USD/EUR.
(5)     Represents total seller equity value including value of outstanding vested options.
(6)     Includes 80,000 founder shares that have been transferred to DEAC's independent directors
(7)     Includes $14.0 million in deferred underwriting commissions related to DEAC's initial public offering.
(8)     Excludes DEAC warrants and earnout shares.



APPENDIX

# COMBINED COMPANY P&L

($ in thousands)

| | For the Nine Months Ended | For the Twelve Months Ended |
|---|---|---|
| | September 30, 2019 | December 31, 2018 |
| Net Revenue | $268,773 | $308,533 |
| Cost of Revenue | 114,080 | 113,911 |
| Sales and Marketing | 129,791 | 150,077 |
| Product and Technology | 54,934 | 44,905 |
| General and Administrative | 86,701 | 86,578 |
| **Loss from Operations** | **$(116,733)** | **$(86,938)** |
| Interest Income (Expense) | 1,154 | 379 |
| Other Income - Interest on Trust Account | – | - |
| Financial Income | – | - |
| Financial Expenses | – | - |
| **Loss Before Income Tax Expense** | **$(115,579)** | **$(86,559)** |
| Income Tax Expense | 8,845 | 9,955 |
| **Net Income/(Loss)** | **$(124,424)** | **$(96,514)** |

Source: Company filings.

# DRAFTKINGS KPI COMPARISON OVER TIME

## USERS IN 000'S

**KEY PERFORMANCE INDICATORS**

- **Monthly Unique Payers ("MUPs")**

  — We define MUPs as the number of unique paid users ("payers") per month who had a paid engagement (i.e., participated in a real-money DFS contest, sports bet or casino game) across one or more of our product offerings via our platform

  — MUPs is a key indicator of the scale of our user base and awareness of our brand

  — We believe that the growth of our MUP base is indicative of our long-term revenue growth potential

- **Average Revenue per MUP ("ARPMUP")**

  — We define and calculate ARPMUP as the average monthly revenue for a reporting period, divided by MUPs (i.e., the average number of unique payers) for the same period

  — ARPMUP represents our ability to drive usage and monetization of our product offerings

  — We use ARPMUP to analyze comparative revenue growth and measure customer monetization and engagement trends

|  | Nine months ended September 30, | | Year ended December 31, | |
|---|---|---|---|---|
|  | 2019 | 2018 | 2018 | 2017 |
| Monthly Unique Payers ("MUPs") | 565 | 485 | 601 | 574 |
| Average Revenue per MUP ("ARPMUP") | $38 | $30 | $31 | $28 |

# EXPERIENCED AND FOUNDER-LED LEADERSHIP TEAM

| | | Years experience | |
|---|---|---|---|
| **Jason Robins**<br>Chief Executive Officer<br>(Co-founder) | Capital One, vistaprint | 16 | ■ Oversees strategy and operations and drives funding and partnerships<br>■ Duke University (B.A. Economics, B.S. Computer Science)<br>■ Founded DraftKings in 2011 |
| **Paul Liberman**<br>President, Global Technology and Product<br>(Co-founder) | vistaprint, ANALOG DEVICES, ANDO MEDIA | 14 | ■ Oversees technology, product management/delivery and growth marketing<br>■ Worcester Polytechnic Institute (B.S. Electrical Engineering, Computer Science)<br>■ Founded DraftKings in 2011 |
| **Matt Kalish**<br>President, North America<br>(Co-founder) | Capital One, vistaprint | 15 | ■ Oversees performance of DFS, OSB, and iGaming offerings and leads operations, marketing, analytics, and customer experience departments<br>■ Columbia (B.A. Economics, B.S. Computer Science), Boston College (MBA)<br>■ Founded DraftKings in 2011 |
| **Jason Park**<br>Chief Financial Officer | BainCapital, McKinsey & Company | 20 | ■ Oversees accounting, tax, treasury, financial planning and analysis, and investor relations departments<br>■ University of Michigan (B.B.A. and MAcc), The Wharton School (MBA) |
| **R. Stanton Dodge**<br>Chief Legal Officer and Secretary | dish | 25+ | ■ Oversees legal, government affairs and communications teams<br>■ University of Vermont (B.S., Accounting), Suffolk University (J.D.) |
| **Tim Dent**<br>Chief Compliance Officer | EVERETT POKER, Betclic SPORT | 25+ | ■ Early investor in DraftKings and advisor prior to joining full-time in 2013<br>■ Oversees compliance, risk management/payments, and licensing<br>■ University of Massachusetts (Accounting), Licensed CPA |
| **Travis Dunn**<br>Chief Technology Officer | vistaprint | 19 | ■ Oversees all technology and engineering efforts<br>■ Western Washington University |
| **Tom Goedde**<br>Chief Marketing Officer | IGN, EA, HLN | 25+ | ■ Oversees Brand Marketing and Creative<br>■ Carroll College (B.A. Speech Communications Theory; B.A Public Relations) |
| **Ezra Kucharz**<br>Chief Business Officer | CBS, NBC UNIVERSAL, NASA | 25+ | ■ Oversees business strategy, ad sales, business development and corporate development<br>■ Boston University (BA, Biomedical Engineering), University of Houston (MS Engineering Management), Duke University (MS Medical Informatics) |
| **David Lebow**<br>Chief of Staff | yp, Aol., iHeart MEDIA | 25+ | ■ Chief of Staff to the CEO<br>■ Ithaca College (B.S. Business, Communications Management) |
| **Graham Walters**<br>Chief People Officer | | 14 | ■ Oversees human resources, real estate, and workplace experience<br>■ University of Massachusetts (B.B.A. Operation Management) |
| **Andy Yang**<br>Chief Product Officer | playhaven, IAC | 19 | ■ Oversees product management efforts<br>■ Stanford University (B.S Computer Science; M.S. Management Science & Engineering) |

# SBTECH HAS AN EXPERIENCED MANAGEMENT TEAM TO DRIVE CONTINUED GROWTH

**Years experience**

**Richard Carter**
Chief Executive Officer

14

- Joined in February 2016
- Previously held research positions at Deutsche Bank and Numis Securities

**Andrew Cochrane**
Chief Development Officer

7

- Joined in June 2017 to drive Customer and New Business revenues
- Previously held operating positions at Sporting Solutions and William Hill

**Dave Hammond**
Chief Operations Officer

25+

- Joined in December 2018 to manage global operations
- Previously held leadership positions at Paddy Power Betfair and Inspired Gaming

**Ian Bradley**
Chief Strategy Officer

11

- Joined in June 2016 to drive global product development
- Previously held positions at the Sporting Group

**Jeremie Kanter**
Head of Compliance

14

- Joined in November 2018
- Previously managed Playtech's B2C compliance function

**Julian Elliott**
Chief Data Officer

15

- Joined in summer 2019 to improve both products and internal discussion making
- Previously served as Chief Data Officer at Tyrell Corporation and Dentsu Aegis

**Melissa Riahei**
President, U.S.

12

- Joined in June 2019 to oversee and lead the U.S. business
- Previously held strategic roles at the Illinois Lottery, U.S. Digital Gaming, and b spot

**Shay Berka**
Chief Financial Officer

16

- Joined in 2012 as group CFO
- Previously held positions at Visa, Psagot and Deloitte

Exhibit 22

DAILY FANTASY    **SPORTSBOOK**    CASINO    PICK6    DK HORSE    DK SHOP    [RG] Responsible Gaming

DRAFT KINGS AT CASINO QUEEN

Home    My Bets    Live In-Game    Promos    How To Bet    VIP    Pools    More ⌄

Want to start placing bets?    **Log In**

HOW TO BET    POOLS    SPORTS BETTING GUIDES    QUICK START GUIDE    GENERAL BETTING RULES    SPORT RULES    GLOSSARY    •••

United States | Canada

# WHERE IS DRAFTKINGS ONLINE SPORTS BETTING LEGAL?



■ DraftKings Online Sports Betting Live

■ DraftKings Online Sports Betting Not Live

## Looking for in-person betting with DraftKings?

**FIND RETAIL**

## Where can you legally bet online with DraftKings?

DraftKings offers online sports betting in the below states. You do not need to be a resident of one of these states to place a bet, but you must be located in the state at the time you bet. That means placing a bet while on vacation is fair game. Don't miss the chance to place a bet with DraftKings Sportsbook while you're visiting a state where DraftKings is live!

### Arizona

Mobile and online sports betting are legal in Arizona. DraftKings is live with sports betting in the state. Download DraftKings Sportsbook today.

Check out our Arizona Sports Betting page to learn more.

### Colorado

Mobile and online sports betting are legal in Colorado. Download DraftKings Sportsbook today.

Check out our Colorado Sports Betting page to learn more.

Mobile and online sports betting are legal in
Arizona. DraftKings is live with sports betting in
the state. Download DraftKings Sportsbook
today.

Check out our Arizona Sports Betting page to
learn more.

**BET NOW**

Mobile and online sports betting are legal in
Colorado. Download DraftKings Sportsbook
today.

Check out our Colorado Sports Betting page to
learn more.

**BET NOW**

## Connecticut

Mobile and online sports betting are legal in
Connecticut. Download DraftKings Sportsbook
today.

Check out our Connecticut Sports Betting page
to learn more.

**BET NOW**

## Washington, D.C.

Mobile and online sports betting is live in
Washington, D.C. Download DraftKings
Sportsbook to place a bet today.

Check out our Washington, D.C. Sports Betting
page to learn more.

**BET NOW**

## Illinois

DraftKings at Casino Queen Sportsbook is now
live in the state of Illinois. Download the
DraftKings at Casino Queen Sportsbook app to
start placing bets.

Check out our Illinois Sports Betting page to
learn more.

**BET NOW**

## Indiana

Mobile and online sports betting are legal in
Indiana. Download DraftKings Sportsbook today.

Check out our Indiana Sports Betting page to
learn more.

**BET NOW**

## Iowa

Mobile and online sports betting are legal in
Iowa. Download DraftKings Sportsbook today.

Check out our Iowa Sports Betting page to learn
more.

**BET NOW**

## Kansas

Mobile and online sports betting are now live in
the state of Kansas. Download DraftKings
Sportsbook to place a bet today.

Check out our Kansas Sports Betting page to
learn more.

**BET NOW**

## Kentucky

Mobile and online sports betting are legal in
Kentucky. Download DraftKings Sportsbook
today.

Check out our Kentucky Sports Betting page to

## Louisiana

Mobile and online sports betting are legal in
Louisiana. Download DraftKings Sportsbook
today. Availability varies by Parish.

Check out our Louisiana Sports Betting page to

## Kentucky

Mobile and online sports betting are legal in Kentucky. Download DraftKings Sportsbook today.

Check out our Kentucky Sports Betting page to learn more.

**BET NOW**

## Louisiana

Mobile and online sports betting are legal in Louisiana. Download DraftKings Sportsbook today. Availability varies by Parish.

Check out our Louisiana Sports Betting page to learn more.

**BET NOW**

## Maine

Mobile and online sports betting is live in Maine. Download DraftKings Sportsbook to place a bet today.

Check out our Maine Sports Betting page to learn more.

**BET NOW**

## Maryland

Mobile and online sports betting is live in the state of Maryland. Download DraftKings Sportsbook to place a bet today.

Check out our Maryland Sports Betting page to learn more.

**BET NOW**

## Massachusetts

Mobile and online sports betting is live in the state of Massachusetts. Download DraftKings Sportsbook to place a bet today.

Check out our Massachusetts Sports Betting page to learn more.

**BET NOW**

## Michigan

Mobile sports betting is now live in the state of Michigan. Download DraftKings Sportsbook to place a bet today.

Check out our Michigan Sports Betting page to learn more.

**BET NOW**

## New Hampshire

Mobile and online betting are legal in New Hampshire. Download DraftKings Sportsbook today.

Check out our New Hampshire Sports Betting page to learn more.

**BET NOW**

## New Jersey

Mobile and online betting are legal in New Jersey. Download DraftKings Sportsbook today.

Check out our New Jersey Sports Betting page to learn more.

**BET NOW**

## New York

Mobile and online sports betting are legal in New York. Download DraftKings Sportsbook today.

Check out our NY Sports Betting page to learn more

## North Carolina

Online sports betting is live in North Carolina. Download DraftKings Sportsbook to place a bet today.

Check out our North Carolina Sports Betting

## New York

Mobile and online sports betting are legal in New York. Download DraftKings Sportsbook today.

Check out our NY Sports Betting page to learn more

**BET NOW**

## North Carolina

Online sports betting is live in North Carolina. Download DraftKings Sportsbook to place a bet today.

Check out our North Carolina Sports Betting page to learn more.

**BET NOW**

## Ohio

Mobile and online sports betting is live in the state of Ohio. Download DraftKings Sportsbook to place a bet today.

Check out our Ohio Sports Betting page to learn more.

**BET NOW**

## Oregon

Mobile and online sports betting are now live in the state of Oregon through DraftKings Sportsbook – Official Provider of the Oregon Lottery. Download the DraftKings Sportsbook app or place a bet online now.

Check out our Oregon Sports Betting page to learn more.

**BET NOW**

## Pennsylvania

Mobile and online betting are legal in Pennsylvania. Download DraftKings Sportsbook today.

Check out our Pennsylvania Sports Betting page to learn more.

**BET NOW**

## Tennessee

Mobile and online sports betting are live in the state of Tennessee. Download DraftKings Sportsbook today.

Check out our Tennessee Sports Betting page to learn more.

**BET NOW**

## Vermont

Mobile sports betting is live in Vermont. Download DraftKings Sportsbook to place a bet today.

Check out our Vermont Sports Betting page to learn more.

**BET NOW**

## Virginia

Mobile and online sports betting are live in the state of Virginia. Download DraftKings Sportsbook today.

Check out our Virginia Sports Betting page to learn more.

**BET NOW**

## West Virginia

Mobile and online betting are legal in West Virginia. Download DraftKings Sportsbook today.

## Wyoming

Mobile and online sports betting are legal in Wyoming. DraftKings is live with sports betting in the state. Download DraftKings Sportsbook

## West Virginia

Mobile and online betting are legal in West Virginia. Download DraftKings Sportsbook today.

Check out our West Virginia Sports Betting page to learn more.

**BET NOW**

## Wyoming

Mobile and online sports betting are legal in Wyoming. DraftKings is live with sports betting in the state. Download DraftKings Sportsbook today.

Check out our Wyoming Sports Betting page to learn more.

**BET NOW**

# Guidelines To Help You Bet With Confidence



### College Betting State Guidelines

Learn more about the differences in collegiate sports betting across available markets

**Learn More**



### ESPORTS Betting State Guidelines

Find out where you can bet on Esports and all available markets

**Learn More**



### Player Awards Betting State Guidelines

Learn where it's possible to be on "subjective player awards"

**Learn More**

## Looking for where daily fantasy sports is legal?

Daily Fantasy Sports are available in many places across the United States.
Check out our page on **where Daily Fantasy Sports is legal** to find the most up to date information on where you can play.

## Looking for where online gambling is legal?

Online Gambling is available in a growing number of places across the United States. Check out our page on **where Online Gambling is legal** to find the most up-to-date information on where you can play.

## Looking for where Pick6 is available?

Pick6 is available in a growing amount of states across the country. Check out our page on **where Pick6 is available** to find the most up-to-date information on where you can play.

## Looking for where online gambling is legal?

Online Gambling is available in a growing number of places across the United States. Check out our page on **where Online Gambling is legal** to find the most up-to-date information on where you can play.

## Looking for where Pick6 is available?

Pick6 is available in a growing amount of states across the country. Check out our page on **where Pick6 is available** to find the most up-to-date information on where you can play.



# Bet with DraftKings Sportsbook today.

 

If you or someone you know has a gambling problem, crisis counseling and referral services can be accessed by calling 1-800-GAMBLER (1-800-426-2537) (IL). Gambling problem? Call 1-800-GAMBLER ... ...**Read More**

## DraftKings Inc.
Boston, MA

   

**COMPANY**
About DraftKings
Careers
Mobile Apps
Affiliates
Refer a Friend
Get Help
Terms Of Use
Privacy Policy
Responsible Gaming
Retail Sportsbook Locations
Accessibility
DKNation Sports News
Do Not Sell or Share My Personal Information

**SPORTSBOOK ODDS**
NFL Odds
NBA Odds
MLB Odds
UFC Odds
NHL Odds
PGA Odds
Soccer Odds
Tennis Odds
College Basketball Odds
College Football Odds
Live Odds
Super Bowl Odds
NFL Playoffs Odds

**BETTING GUIDES**
How To Bet
How to Bet on Football
How to Bet on Basketball
How to Bet on UFC
How to Bet on Baseball
How to Bet on Hockey
How to Bet on Golf
How to Bet on Soccer
How to Bet on Tennis
How to Bet on NASCAR

**LOCATIONS**

**US Office**
222 Berkeley Street
Boston, MA
02116

**New Jersey Office**
PO Box 399
Hoboken, NJ
07030

**UK Office**
15 Ingestre Place
Suite 265
Soho, London
W1F OJH

Must be 21+ and in Illinois to place wagers. If you or someone you know has a gambling problem and wants help, call **1-800-GAMBLER**. Subject to regulatory licensing requirements.

© 2012-2025 DraftKings All Rights Reserved.

  

Document title: Where is Sports Betting Legal? Full List of States | DraftKings Sportsbook
Capture URL: https://sportsbook.draftkings.com/help/sports-betting/where-is-sports-betting-legal
Capture timestamp (UTC): Tue, 28 Jan 2025 20:55:53 GMT

Exhibit 23

# WHERE CAN YOU PLAY
## DRAFTKINGS DAILY FANTASY SPORTS?



Available

Not Available

## Play DraftKings Daily Fantasy Sports today.

**SIGN UP**

## Experience DraftKings Daily Fantasy Sports for yourself.

DraftKings is a global sports technology and entertainment company whose Daily Fantasy Sports contests are governed by both federal and state law. Federal law specifically exempts fantasy sports contests from the prohibitions of the Unlawful Internet Gambling Enforcement Act, or UIGEA. At the state level, legislation and regulation vary state-to-state. In recent years, many state legislatures have passed laws confirming and clarifying the legality of Daily Fantasy Sports contests. DraftKings monitors new developments and acts quickly to ensure it is in compliance with the laws in any jurisdiction where it operates. As laws change or regulations are implemented, DraftKings will take steps to ensure its continued compliance, and changes to this site may take place to reflect any such new laws or regulations.

## DraftKings Daily Fantasy Sports is legal in the following states:

## DraftKings Daily Fantasy Sports is legal in the following states:

| | |
|---|---|
| Alabama | Missouri |
| Alaska | Nebraska |
| Arizona | New Hampshire |
| Arkansas | New Jersey |
| California | New Mexico |
| Colorado | New York |
| Connecticut | North Carolina |
| Delaware | North Dakota |
| Florida | Ohio |
| Georgia | Oklahoma |
| Illinois | Pennsylvania |
| Indiana | Rhode Island |
| Iowa | South Carolina |
| Kansas | South Dakota |
| Kentucky | Tennessee |
| Louisiana | Texas |
| Maine | Utah |
| Maryland | Vermont |
| Massachusetts | Virginia |
| Michigan | West Virginia |
| Minnesota | Wisconsin |
| Mississippi | Wyoming |

## Looking for where sports betting is legal?

Sports betting is available in a growing number of places across the United States.
Check out our page on **where sports betting is legal** to find the most up to date information on where you can bet on sports.

## Looking for where online gambling is legal?

Online Gambling is available in a growing number of places across the United States. Check out our page on **where Online Gambling is legal** to find the most up to date information on where you can play.

## Looking for where online gambling is legal?

Online Gambling is available in a growing number of places across the United States. Check out our page on **where Online Gambling is legal** to find the most up-to-date information on where you can play.

## Looking for where Pick6 is available?

Pick6 is available in a growing amount of states across the country. Check out our page on **where Pick6 is available** to find the most up-to-date information on where you can play.

## Looking for where In-Person sports betting is legal?

Visit one of our locations to take the excitement to a new level! Place a bet legally, in-person while at one of our partner casinos or DraftKings Sportsbook locations. Check out our **page** to find the most up to date information about legal in-person sports betting.



# Play DraftKings Daily Fantasy Sports today.

 



**DraftKings Inc.**
Boston, MA

**COMPANY**
About DraftKings
Careers
Mobile Apps
Affiliates
Refer A Friend
Terms of Use
Fair Play Commitment
Privacy Policy
Responsible Gaming
Get Help
Average Results
Legality
DKNation Sports News
Accessibility
How to Play
Sportsbook
DraftKings Retail Sportsbooks
Online Casino

**SPORTS**
Fantasy Football
Fantasy Basketball
Fantasy Baseball
Fantasy Golf
Fantasy Hockey
Fantasy NASCAR
Fantasy F1
Fantasy UFC
Fantasy Soccer
Fantasy College Football
Fantasy College Basketball
Fantasy Tennis
Fantasy Esports

**LOCATIONS**
**US Office**
222 Berkeley Street
Boston, MA
02116

## Looking for where in-Person sports betting is legal?

Visit one of our locations to take the excitement to a new level! Place a bet legally, in-person while at one of our partner casinos or DraftKings Sportsbook locations. Check out our **page** to find the most up to date information about legal in-person sports betting.



## Play DraftKings Daily Fantasy Sports today.

 

**DraftKings Inc.**
Boston, MA

 

 

**COMPANY**
About DraftKings
Careers
Mobile Apps
Affiliates
Refer A Friend
Terms of Use
Fair Play Commitment
Privacy Policy
Responsible Gaming
Get Help
Average Results
Legality
DKNation Sports News
Accessibility
How to Play
Sportsbook
DraftKings Retail Sportsbooks
Online Casino
Do Not Sell or Share My Personal Information

**SPORTS**
Fantasy Football
Fantasy Basketball
Fantasy Baseball
Fantasy Golf
Fantasy Hockey
Fantasy NASCAR
Fantasy F1
Fantasy UFC
Fantasy Soccer
Fantasy College Football
Fantasy College Basketball
Fantasy Tennis
Fantasy Esports

**LOCATIONS**
**US Office**
222 Berkeley Street
Boston, MA
02116

**Gambling Problem? Call 1-800-GAMBLER or 877-8-HOPENY/text HOPENY (467369) (NY). Help is available for problem gambling. Call (888) 789-7777 or visit ccpg.org(CT).**

Must be at least 18 years or older. Higher age limits may apply in some states. Paid contests not available while physically located in HI, ID, LA (select parishes) MT, NV, OR and WA. For entertainment purposes only. Winning a contest on DraftKings depends on knowledge and exercise of skill. Available to play for free. Void where prohibited. Eligibility restrictions apply.

   

© 2012 - 2025 DraftKings All Rights Reserved.

Document title: Where is DraftKings Fantasy Sports Legal? | DraftKings
Capture URL: https://www.draftkings.com/where-is-draftkings-legal
Capture timestamp (UTC): Tue, 28 Jan 2025 20:55:24 GMT

Exhibit 24

# LEGAL ONLINE GAMBLING IN THE UNITED STATES



| | Legal, DraftKings Online and Mobile App Live |
| | Legal, DraftKings Not Live |
| | Not Legal |

## Play DraftKings Casino today.

**SIGN UP**

## Where can you legally gamble online?

Online gambling differs from state to state. Once it's legalized in a state, casino operators like DraftKings Casino must meet regulations and licensing requirements specific to that state. Therefore, DraftKings Casino in one state may have different offerings than it does in a different state. Check below for states where online gambling is legal — and an outline of what types of games you can play.

### Connecticut

Mobile and online gambling has been legalized and are live in Connecticut. The DraftKings Casino app is available on mobile and online.

Learn more on our Connecticut state page.

**PLAY NOW**

### Michigan

Mobile and online gambling has been legalized and are live in Michigan. Games legalized through the legislation include poker, slots, and other table games. DraftKings Casino is available in Michigan through the DraftKings Casino app and the DraftKings Casino website. Learn more about DraftKings Michigan online casino.

**PLAY NOW**

### New Jersey

### Pennsylvania

**PLAY NOW**

**PLAY NOW**

about DraftKings Michigan online casino.

### New Jersey

Mobile and online gambling has been legalized and are live in New Jersey. Games legalized through the legislation include poker, slots, live dealer and other table games. DraftKings Casino is available in New Jersey through the DraftKings Casino app and the DraftKings Casino website. Learn more about DraftKings New Jersey online casino.

**Play Now**

### Pennsylvania

Mobile and online gambling has been legalized and are live in Pennsylvania. Games legalized through the legislation include poker, slots, live dealer and other table games. DraftKings Casino is available in Pennsylvania through the DraftKings Casino app and the DraftKings Casino website. Learn more about DraftKings Pennsylvania online casino.

**Play Now**

### West Virginia

Mobile and online gambling has been legalized and are live in West Virginia. Games legalized through the legislation include slots, and other table games. DraftKings Casino is available in West Virginia through the DraftKings Casino app and the DraftKings Casino website. Learn more about DraftKings West Virginia online casino.

**Play Now**

## Play Casino games while outside the U.S.

### Ontario, Canada

Online casino games have been legalized and are live in Ontario, Canada. DraftKings Casino is available in Ontario through the DraftKings Casino app and the DraftKings Casino website. Check out our Ontario Online Casino page to learn more.

## Looking for where daily fantasy sports is legal?

Daily Fantasy Sports are available in many places across the United States.
Check out our page on where Daily Fantasy Sports is legal to find the most up to date information on where you can play.

## Looking for where sports betting is legal?

Sports betting is available in a growing number of places across the United States.
Check out our page on where sports betting is legal to find the most up to date information on where you can bet on sports.

Document title: Where is Online Gambling Legal? | DraftKings Casino
Capture URL: https://casino.draftkings.com/where-is-online-gambling-legal
Capture timestamp (UTC): Tue, 28 Jan 2025 20:56:18 GMT

# Looking for where sports betting is legal?

Sports betting is available in a growing number of places across the United States.
Check out our page on **where sports betting is legal** to find the most up to date information on where you can bet on sports.

## Looking for where In-Person sports betting is legal?

Visit one of our locations to take the excitement to a new level! Place a bet legally, in-person while at one of our partner casinos or DraftKings Sportsbook locations. Check out our **page** to find the most up to date information about legal in-person sports betting.

## Looking for where Pick6 is available?

Pick6 is available in a growing amount of states across the country. Check out our page on **where Pick6 is available** to find the most up-to-date information on where you can play.



## Play DraftKings Casino today.

 

---

## DraftKings Inc.
Boston, MA

 


### COMPANY
About DraftKings
Careers
Mobile Apps
Affiliates
Refer a Friend
Contact Us
Terms of Use
Privacy Policy
Casino Partners
Retail Sportsbook Locations
Fair & Regulated Terms
DK Network
Casino Education Hub
Accessibility
Where Is Online Gambling Legal
Get Help
Do Not Sell or Share My Personal Information

### CASINO GAMES
Online Slots
Online Blackjack
Online Roulette
Craps Online

### CASINO GUIDES
How to Play Slots
How to Play Blackjack
How to Play Roulette
How to Play Rocket
How to Play Baccarat
How to Play Video Poker
How to Play Craps
How to Play Spanish 21
How to Play Live Dealer Games
What is a Casino Deposit Bonus?
How to Play Casino Jackpots

### LOCATIONS

**US Office**
222 Berkeley Street
Boston, MA
02116

**UK Office**
15 Ingestre Place
Suite 265
Soho, London
W1F OJH

**New Jersey Office**
221 River St.
9th Floor
Hoboken, NJ
07030

We are licensed and regulated by the New Jersey Division of Gaming Enforcement as an Internet gaming operator in accordance with the Casino Control Act N.J.S.A. 5:12-1 and its implementing regulations. Our games are tested by the New Jersey Division of Gaming Enforcement to provide games that are fair and operate correctly. Only customers 21 and over are permitted to play our games. If you or someone you know has a gambling problem and wants help, call **1-800-GAMBLER**

© 2012-2025 DraftKings All Rights Reserved.

  

---

Document title: Where is Online Gambling Legal? | DraftKings Casino
Capture URL: https://casino.draftkings.com/where-is-online-gambling-legal
Capture timestamp (UTC): Tue, 28 Jan 2025 20:56:18 GMT

## Looking for where Pick6 is available?

Pick6 is available in a growing amount of states across the country. Check out our page on **where Pick6 is available** to find the most up-to-date information on where you can play.



## Play DraftKings Casino today.

 

**DraftKings Inc.**
Boston, MA

 



**COMPANY**

About DraftKings
Careers
Mobile Apps
Affiliates
Refer a Friend
Contact Us
Terms Of Use
Privacy Policy
Casino Partners
Retail Sportsbook Locations
Fair & Regulated Terms
DK Network
Casino Education Hub
Accessibility
Where Is Online Gambling Legal
Get Help
Do Not Sell or Share My Personal Information

**CASINO GAMES**

Online Slots
Online Blackjack
Online Roulette
Craps Online

**CASINO GUIDES**

How to Play Slots
How to Play Blackjack
How to Play Roulette
How to Play Rocket
How to Play Baccarat
How to Play Video Poker
How to Play Craps
How to Play Spanish 21
How to Play Live Dealer Games
What is a Casino Deposit Bonus?
How to Play Casino Jackpots

**LOCATIONS**

**US Office**
222 Berkeley Street
Boston, MA 02116

**UK Office**
15 Ingestre Place
Soho, London
W1F OJH

**New Jersey Office**
221 River St.
9th Floor
Hoboken, NJ 07030

We are licensed and regulated by the New Jersey Division of Gaming Enforcement as an Internet gaming operator in accordance with the Casino Control Act N.J.S.A. 5:12-1 and its implementing regulations. Our games are tested by the New Jersey Division of Gaming Enforcement to provide games that are fair and operate correctly. Only customers 21 and over are permitted to play our games. If you or someone you know has a gambling problem and wants help, call **1-800-GAMBLER**

© 2012-2025 DraftKings All Rights Reserved.

  

Document title: Where is Online Gambling Legal? | DraftKings Casino
Capture URL: https://casino.draftkings.com/where-is-online-gambling-legal
Capture timestamp (UTC): Tue, 28 Jan 2025 20:56:18 GMT

Exhibit 25

# Casino Partners

Please note that not all partners shown will have a physical DraftKings Sportsbook on property.
Availability may vary.

| Colorado | Connecticut | Illinois |
|---|---|---|
|  |  |  |
| **Bally's Black Hawk** | **Foxwoods Resort Casino** | **East Riverfront St. Louis** |
| **300 Main St**<br>**Black Hawk, CO 80422** | **350 Trolley Line Blvd,**<br>**Ledyard, CT 06338** | **200 South Front Street**<br>**East St. Louis, IL 62201** |

| Indiana | Iowa | Kansas |
|---|---|---|
|  |  |  |
| **Ameristar Casino Hotel East Chicago** | **Wild Rose Casino & Resort** | **Boot Hill Casino and Resort** |
| **777 Ameristar Blvd.**<br>**East Chicago, IN 46312** | **5465 Mills Civic Parkway #400**<br>**West Des Moines, IA 50266** | **4000 W Comanche St**<br>**Dodge City, KS 67801** |

**Ameristar Casino Hotel East Chicago**

777 Ameristar Blvd.
East Chicago, IN 46312

**Wild Rose Casino & Resort**

5465 Mills Civic Parkway #400
West Des Moines, IA 50266

**Boot Hill Casino and Resort**

4000 W Comanche St
Dodge City, KS 67801

---

Kentucky



**The Mint Gaming Hall**

777 Winners Lane
Corbin, KY 40701

Kentucky



**The Mint Gaming Hall**

244 Penny Ln
Williamsburg KY 40769

Kentucky



**The Mint Gaming Hall**

2475 Scottsville Rd., Ste 101 & 102
Bowling Green, KY 42104

---

Louisiana



**Golden Nugget Lake Charles**

2550 Golden Nugget Bvld,
Lake Charles, LA 70601
Licensee Partner

Louisiana



**The Queen Baton Rouge**

1717 River Rd,
Baton Rouge, LA 70802

Michigan



**Bay Mills Resort and Casino**

11386 W Lakeshore Dr,
Brimley, MI 49715

---

### Golden Nugget Lake Charles

**2550 Golden Nugget Bvld,**
**Lake Charles, LA 70601**
Licensee Partner

### The Queen Baton Rouge

**1717 River Rd,**
**Baton Rouge, LA 70802**

### Bay Mills Resort and Casino

**11386 W Lakeshore Dr,**
**Brimley, MI 49715**

| Mississippi |
| --- |



## Golden Nugget Biloxi

**151, Beach Blvd**
**Biloxi, MS 39530**

| Mississippi |
| --- |



## Gold Strike Casino

**1010, Casino Center Dr.**
**Tunica Resorts, MS 38664**

| New Hampshire |
| --- |



## Revo Casino and Social House

**1279 S Willow St.**
**Manchester, NH 03103**

| New Hampshire |
| --- |



## Revo Casino and Social House

**887b Central Ave,**
**Dover, NH 03820**

| New Hampshire |
| --- |



## The Brook

**319 New Zealand Rd.**
**Seabrook, NH 03874**

| New Hampshire |
| --- |



## Gate City Casino

**55 Northeastern Blvd**
**Nashua, NH 03062**

| New Jersey |
| --- |

| Ohio & Pennsylvania sportsbook |
| --- |

| Pennsylvania Casino |
| --- |

Document title: Casino Partners Sb
Capture URL: https://sportsbook.draftkings.com/casino-partners-sb
Capture timestamp (UTC): Tue, 28 Jan 2025 20:55:16 GMT

### New Jersey



**Resorts Casino & Hotel**

**1133 Boardwalk**
**Atlantic City, NJ 08401**

### Ohio & Pennsylvania sportsbook



**Penn National Gaming, Inc**

### Pennsylvania Casino



**Hollywood Casino at Penn National Race Course**

**777 Hollywood Blvd.**
**Grantville, PA 17028**
Certificate No. 1315

### Pennsylvania Sportsbook



**Hollywood Casino at The Meadows**

**210 Racetrack Rd.,**
**Washington, PA 15301**
Certificate No. 117645

### Washington



**Quil Ceda Creek Casino**

**6221 31st Ave NE**
**Tulalip, WA 98271**

### Washington



**Tulalip Resort Casino**

**10200 Quil Ceda Blvd**
**Tulalip, WA 98271**

### West Virginia



### Wisconsin

**The Meadows**

210 Racetrack Rd.,
Washington, PA 15301
Certificate No. 117645

**Quil Ceda Creek Casino**

6221 31st Ave NE
Tulalip, WA 98271

**Tulalip Resort Casino**

10200 Quil Ceda Blvd
Tulalip, WA 98271

### West Virginia



**Hollywood Casino at Charles Town Races**

580 E 5th Ave.
Ranson, WV 25438

### Wisconsin



**Lake Of The Torches Casino**

Hwy 47, Lac Du Flambeau
WI 54538

---

## DraftKings Inc.

Boston, MA

**COMPANY**

About DraftKings
Careers
Mobile Apps
Affiliates
Refer a Friend
Get Help
Terms Of Use
Privacy Policy
Responsible Gaming
Retail Sportsbook Locations
Casino Partners
Accessibility
Online Casino
Daily Fantasy Sports
DKNation Sports News
Do Not Sell or Share My Personal Information

**SPORTSBOOK ODDS**

NFL Odds
NBA Odds
MLB Odds
UFC Odds
NHL Odds
PGA Odds
Soccer Odds
Tennis Odds
College Basketball Odds
College Football Odds
Live Odds
Super Bowl Odds
NFL Playoffs Odds

**BETTING GUIDES**

How To Bet
How to Bet on Football
How to Bet on Basketball
How to Bet on UFC
How to Bet on Baseball
How to Bet on Hockey
How to Bet on Golf
How to Bet on Soccer
How to Bet on Tennis
How to Bet on NASCAR

**LOCATIONS**

**US Office**
222 Berkeley Street
Boston, MA
02116

**New Jersey Office**
PO Box 399
Hoboken, NJ
07030

**UK Office**
15 Ingestre Place
Suite 265
Soho, London
W1F OJH


Must be 21+ and in Illinois to place wagers. If you or someone you know has a gambling problem and wants help, call 1-800-GAMBLER. Subject to regulatory licensing requirements.

© 2012-2025 DraftKings All Rights Reserved.






---

Exhibit 26



**FANTASY**    **SPORTSBOOK**    **CASINO**    **PICK6**    **REIGNMAKERS**    **HORSE**

☀ ⌕    English (US) ⌄    Sign in

DraftKings Help Center (US) › My Account › Geolocation & Troubleshooting

←

# How do I turn on location services for an iOS mobile device? (US)

DraftKings is required to determine the location of your computer while using our services, this is necessary to participate in DraftKings Daily Fantasy contests or place wagers in the DraftKings Sportsbook or Casino in authorized states. To learn how to change your iOS mobile device's permission settings to allow DraftKings to determine your location, select the option you wish to use from the list below.

JUMP TO SECTION

Account Login & Security

Account Profile & Settings

Account Policies

Account Management

Geolocation & Troubleshooting

## How to share location data when using a DraftKings iOS Mobile App    ⌃

For the best experience, download any of the DraftKings Apps to get in on the action today.

1. Open the **Settings** on your mobile device > select **Privacy & Security** > select **Location Services** > toggle **ON**.

2. From the list that appears, choose **DraftKings** from the list of apps. Select the option "**While Using the App**" and turn Precise Location **ON**.

View this process in the visual below.



3. Open the DraftKings app and **Allow** the application to use your location.

 How can we help?

3. Open the DraftKings app and **Allow** the application to use your location.

## How to share location data when using the iOS Chrome Browser

1. Open the **Settings** on your mobile device > select **Privacy & Security** > select **Location Services** > toggle **ON.**

2. From the list that appears, choose **Google Chrome** from the list of the apps. Select the option "**While Using the App**" and turn Precise Location **ON**

View this process in the visual below.



3. Open <u>DraftKings</u> in the web browser and **Allow** the browser to use your location.

## How to share location data when using the iOS Safari Browser

1. Open the **Settings** on your mobile device > select **Privacy & Security** > select **Location Services** > toggle **ON.**

2. From the list that appears, choose **Safari Websites** from the list of the apps. Select "**While Using the App**" and turn Precise Location **ON**.

View this process in the visual below.

How can we help?

3. Open the DraftKings app and **Allow** the application to use your location.

## How to share location data when using the iOS Chrome Browser

1. Open the **Settings** on your mobile device > select **Privacy & Security** > select **Location Services** > toggle **ON**.

2. From the list that appears, choose **Google Chrome** from the list of the apps. Select the option "**While Using the App**" and turn Precise Location **ON**

View this process in the visual below.



3. Open <u>DraftKings</u> in the web browser and **Allow** the browser to use your location.

## How to share location data when using the iOS Safari Browser

1. Open the **Settings** on your mobile device > select **Privacy & Security** > select **Location Services** > toggle **ON**.

2. From the list that appears, choose **Safari Websites** from the list of the apps. Select "**While Using the App**" and turn Precise Location **ON**.

View this process in the visual below.

... How can we help?

3. Open DraftKings in the web browser and **Allow** the browser to use your location.

4. If the pop-up did not appear or you clicked on the **Don't Allow** button by mistake, please follow these steps to reset **Location Data and Privacy**:

- Go to **Settings** > **General** > Scroll down to **Transfer or Reset iPhone** > **Reset** > **Reset Location & Privacy** > (Enter your device password if required) > **Reset Settings** > Return to DraftKings and **refresh the web page**.

View this process in the visual below.



Was this article helpful?    👍 Yes    👎 No

**Additional Ways to Contact Us**

Mail:

**US Office**
222 Berkeley St
Boston, MA 02116

**Support Hours**

Our team is available 24 hours a day, 7 days a week.

**Privacy Notice**

**Agent Sign In**

💬    How can we help?

# Exhibit 27



FANTASY    SPORTSBOOK    CASINO    PICK6    REIGNMAKERS    DFS    HORSE

☼  🔍  English (US) ⌄    Sign in

DraftKings Help Center (US)  ›  My Account  ›  Geolocation & Troubleshooting

←

# Using DraftKings with GeoComply Location Services - Overview (US)

JUMP TO SECTION

Account Login & Security

Account Profile & Settings

Account Policies

Account Management

Geolocation & Troubleshooting

## Important Information

To use DraftKings products, your physical location must be verified at time of use. This can be accomplished one of two ways, depending on the device and product you're using:

- **GPS/Bluetooth/Wi-Fi location services** is used for:
  - All DraftKings apps
  - Devices with built-in GPS/Bluetooth/Wi-Fi location services

- **GeoComply Player Location Check plugin** is used for:
  - Laptop or desktop computers
  - Devices that don't have built-in GPS/Bluetooth/Wi-Fi location services

## GPS/Bluetooth/Wi-Fi location services

### What are location services?                                                    ⌃

Location services allow DraftKings to use GPS, Bluetooth, and/or Wi-Fi information from your device to verify your physical location.

### How do I turn on location services?                                            ⌃

Learn more about turning on location services for:

- [iOS](iOS)
- [Android](Android)
- [Web](Web)

### How do I turn on Wi-Fi?                                                         ⌃

Learn more about [enabling Wi-Fi](enabling-Wi-Fi).

## GeoComply Player Location Check plugin

### What is GeoComply?

GeoComply is a third-party location detection service provider that provides cybersecurity solutions to



···  How can we help?

Learn more about turning on location services for:

- iOS
- Android
- Web

## How do I turn on Wi-Fi?   ⌃

Learn more about enabling Wi-Fi.

# GeoComply Player Location Check plugin

## What is GeoComply?   ⌃

GeoComply is a third-party location detection service provider that provides cybersecurity solutions to detect location fraud and verify a user's true digital identity. DraftKings utilizes the GeoComply Player Location Check plugin to provide this service, which is required by multiple state regulators for licensed online sportsbooks and casinos.

## How does the GeoComply plugin work?   ⌃

After the plugin has been installed, it runs as a service in the background of your computer, confirming your physical location as you use DraftKings products.

- Learn more about managing the plugin.

## How do I install the GeoComply plugin?   ⌃

The plugin should download and walk you through installation when you first use a DraftKings product, but you can also manually install the plugin.

Was this article helpful?   👍 Yes   👎 No

**Additional Ways to Contact Us**

Mail:

**US Office**
222 Berkeley St
Boston, MA 02116

**Support Hours**

Our team is available 24 hours a day, 7 days a week.

**Privacy Notice**

**Agent Sign In**

💬   How can we help?

Exhibit 28



# AWARD WINNING SOLUTIONS

    

    

# INTEGRATED PLATFORMS

        

        

        

        

# 01

# COMPANY OVERVIEW

## *Solving the iGaming Geolocation Puzzle*

GeoComply is a global leader in geolocation compliance technology. Since launching in 2011, GeoComply has quickly become the iGaming industry's trusted solution for reliable, accurate and precise geolocation services. GeoComply's patented and proprietary geolocation solution is unparalleled in its level of accuracy and integrity, as well as in its depth of security and ease of implementation.

GeoComply's proprietary and highly adaptive technology has successfully met and exceeded all challenges put forth by North American regulators with record-high verification rates. Increasingly, GeoComply has been expanding its offering beyond its primary focus of geolocation compliance into areas such as payment and fraud analytics, and streaming media solutions.



**Solving the US iGaming market's Geolocation puzzle is the challenge that inspired us to create GeoComply**

GEOCOMPLY

**Oregon Sports** launches with GeoComply

**Indiana Sports** launches with GeoComply

**Iowa Sports** launches with GeoComply

**Rhode Island Sports** launches with GeoComply

**West Virginia iGaming & Sports** launches with GeoComply

**Pennsylvania iGaming & Sports** launches with GeoComply

**Mississippi On Premise Mobile Sports** launches with GeoComply

**Michigan iLottery** launches with GeoComply

**Virginia iLottery** launches with GeoComply

**NJ Online Sportsbook** Rush Street, MGM, William Hill, BetStars and FanDuel launch online sportsbooks in New Jersey with GeoComply

**New Hampshire iLottery** launches with GeoComply

**Mississippi Sports Wagering** on-property field trials begin

**1st NJ Online Sportsbook** GeoComply launches with DraftKings

**Pennsylvania iLottery** launches with GeoComply

**PASPA Repealed** GeoComply is ready to support all State Legislators and iGaming companies with geolocation solutions in response to repeal of PASPA

**42 US States** now supported by GeoComply

**16th NJ Brand** MGM launches with GeoComply in New Jersey

**Indoor Geolocation** Bring your own device mobile solution launches; utilizes Beacons for accuracy under 3 feet

**250M** unique devices with GeoComply installed

**10M** transactions processed per day

**Sportsbook** MGM leads sportsbook fraud detection by launching app protected by GeoComply

**ADW** TVG/BetFair launch with GeoComply Solus in NJ

**DFS** Solus no download browser solution

**iLottery** GeoComply launches iLottery solution in Georgia

**Vantiv/Sightline** GeoComply, Vantiv (Worldpay) and Sightline partner to drive iGaming forward

**Pooled Liquidity** Nevada and Delaware launch pooled liquidity with GeoComply

**NJ Launches** GeoComply supports 10 iGaming brands in New Jersey

2013 2014 2015 2016 2017 2018 2019

# 02

# WHAT THEY SAY



"GeoComply rose to the occasion and developed a system that outperformed all other geolocation suppliers."

**David Rebuck, DGE Director**



"Delivering a geolocation solution which is not just compliant, but also built and optimized with the player experience in mind is a critical success factor for iGaming in North America. GeoComply has always demonstrated to us that they understand that and can deliver under tight deadlines and across all platforms."

**Marco Ceccarelli, SVP & Chief Information Officer, Caesars Interactive**



"There is no regulated online gambling industry in the US without their technology."

**2015 Judges Panel, iGaming North America Awards**

Sightline

"GeoComply were able to cut our payment fraud costs by at least 85%. Their solution gave us access to more detail and data than we had ever had before for our eCommerce transactions. Their anti-fraud reports were literally good enough to take to the bank in order to win our chargeback disputes!"

**Omer Sattar, Senior VP, Sightline Payments**

# 03

# CONSIDERATIONS

## PROTECTING REGIONAL SOVEREIGNTY ONLINE

Locating online users has been one of the great successes of the Digital Economy, as Google Maps, Uber and Spotify demonstrate a billion times a day.

Faking location is another success story of the internet. Online streaming of BBC, Netflix, HBO and Premier League Football, who restrict content by region, have become victims to hundreds of million of illicit views by users effortlessly bypassing their location systems.

While the film, TV and Sports world deal with contractual issues around licensing agreements, such leakages for the gaming, sports betting and lottery industries have much higher stakes. "Side-stepping" border sovereignty rights of such regulations puts the reputation of gaming and lottery stakeholders at risk on a worldwide scale.

*"Faking location on the internet takes seconds; rebuilding a shattered compliance reputation takes much longer."*



# IP Geolocation is the Most Common Form of Location Detection.

 **But Using IP as the Primary Source for Location Data has Many Issues.**

## OTHER COMMON FORMS OF LOCATION SPOOFING:

### FALSE DATA

Traditional IP geolocation lacks accuracy and the ability to effectively locate users; with no reliable IP data at all for mobile connections. Leverage accurate data sources based on a combination of **WiFi**, **GPS**, **SSID**, **Bluetooth** and **Mobile Device data** to locate users on all connections.

### IP MASKING

IP location can easily be masked to hide a user's true location. GeoComply interrogates the integrity of IP data to uncover IP masking tools such as **VPNs**, **Proxies**, **DNS Proxies** and **Anonymizer** tools.

### DEVICE TAMPERING

GeoComply analyzes user location down to the device level to reveal device tampering attempts such as device **rooting**, **jailbreaking**, or **code manipulation**. A tampered devices can run undetectable location spoofing software.



**75%** INTERNET TRAFFIC IS MOBILE

**33%** OF USERS SPOOF LOCATION WEEKLY

UP TO **27%** MOBILES ARE HACKED

**100%** PCs HAVE BUILT-IN REMOTE ACCESS TOOLS

**25×** INCREASE IN "FAKE LOCATION" GOOGLE SEARCHES IN 2016

**80%** BROWSERS HAVE BUILT-IN SPOOFING SETTINGS

### UNAUTHORIZED REMOTE ACCESS

Users can conceal their true location by tunneling in from a remote location. GeoComply detects the use of these remote access tools, such as **Remote Desktop Programs** and **Virtual Machines** down to a code level using **proprietary software** and device fingerprinting methodologies.

### SPOOFING APPLICATIONS

Turnkey location spoofing tools, such as **Fake Location apps**, **browser extensions** or **cloaking tools** are readily available online and in the Mobile App Stores. GeoComply recognizes these tools in all forms to block their use.

### MALICIOUS DEVELOPER TOOLS

Due to high demand to develop and test location-dependent products, developer tools are widely available to manipulate location. GeoComply recognizes the use of **Mock Location settings**, **emulator/simulator devices**, **developer modes** and browser setting

# 04

# ABOUT THE SOLUTION

GeoComply's advanced and adaptive geolocation solutions can be uniquely tailored to match complex legal and regulatory requirements, providing regulatory officials, as well as operators, with assurance that their online gaming enterprises are fully compliant with the applicable laws and regulations.

## *Proven Tested Accredited*

   
  



**350+** *Checks on every transaction*

**4200+** *Spoofing checks*

**100k+** *unique fraudlent users blocked every month*

# INSTANT GEOLOCATION RISK MANAGEMENT



**LOCATION DATA**

IP
WiFi
GPS
GSM
Carrier
Bluetooth
Mobile Device Data

**RISK ANALYSIS**

Bots
Collusion
Chargebacks
Bonus Abuse
Proxy Betting
Chip Dumping
Account Takeovers
Device Fingerprinting
Device Tracking
Location Jumping
Account Sharing

**IP MASKING**

DNS Proxies
VPN
TOR Exit Nodes
Proxy
Anonymizer
Peer 2 Peer
Data Centers
Dymanic Traffic

**FALSE DATA**

Distance to Border
Connection Type
Accuracy

**SPOOFING APPLICATIONS**

Fake Location Apps
Browser Extensions
Cloaking tools
Extensions

**MALICIOUS DEVELOPER TOOLS**

Mock Location
Settings
Emulators
Simulator Devices
Developer Modes
Browser Settings

**UNAUTHORIZED REMOTE ACCESS**

Remote Desktop
Programs
Virtual Machines



## A SEAMLESS GAMING EXPERIENCE IN MILLISECONDS

GEOCOMPLY
>> REAL TIME RULES ENGINE
350+ checks on every transaction     Pass

Operator Server

ONLINE
GAMING
Location Confirmed ✓

Checking Location

*Regardless of the use case, we solve the geolocation puzzle for the iGaming industry*



**GEOFENCE**

COUNTRY LEVEL

STATE/CITY LEVEL

BLOCK LEVEL

BUILDING LEVEL

FLOOR/ROOM/HOUSE LEVEL

# 05

## PRODUCTS

- ▸ Download
- ▸ No Download
- ▸ PinPoint
- ▸ Database

# GEOCOMPLY

# *DOWNLOAD*

## MOBILE & DESKTOP SDK

GeoComply's core compliance product is designed for bundling into a downloadable desktop or mobile client application. This solution is ideal for app-based products requiring the most stringent location compliance capabilities. The geolocation thus occurs seamlessly in the background during the customer's session, without any intrusion to the overall user flow/experience.



## "GOLD-STANDARD" LOCATION COMPLIANCE FOR U.S. REGULATED MARKETS

GeoComply's download solution is designed to meet and exceed the most stringent compliance requirements for regulated markets. It is considered the gold-standard for withstanding the demands of US federal or state level gaming legislation and is constantly tested by regulatory agencies in jurisdictions such as New Jersey, Nevada, Delaware, West Virginia and Georgia to ensure its continued performance for location compliance.

## PRODUCT FEATURES

- Comply with US federal regulations including UIGEA, IGRA and Wire Act concerns

- Ideal for highly regulated industries such as iGaming, iLottery and sports betting

- Locate users with 350+ location checks

- Eliminate location fraud with 4200+ spoofing checks

- Bundle into a client app or browser



# GEOCOMPLY

# *NO DOWNLOAD*

## SOLUS HTML5 BROWSER SOLUTION

GeoComply's Solus solution offers a no-download compliance option that works directly within the operator's website for all devices and user interfaces.

For spoof-proof geolocation within the browser, this HTML5-based geolocation experience can be customized according to the security and compliance needs of the operator, with adaptable end-user prompts and secure collection of location data.



## FLEXIBLE LOCATION COMPLIANCE FOR iGaming

Solus is designed to counter the emerging compliance threats that previous generations of anti-fraud tools are no longer able to protect against within browser-based applications.

## PRODUCT FEATURES

- Locate users on any device, app, or browser

- No download, low-barrier location method with flexible UX and custom alerts

- Embed into any webpage with a single Javascript file

- Highly scalable for a wide range of regulatory and business use cases



# GEOCOMPLY

# *PINPOINT*

## SECURE ON-PROPERTY MOBILE SOLUTION

Create customized virtual boundaries and restrict user access to a room, floor or zone of a gaming property within a few meters of accuracy.

Combining the power of iBeacons with GeoComply's robust geolocation technology, PinPoint was designed specifically for the gaming industry's unique requirements and offers the same real-time anti-spoofing and fraud benefits as our mobile and desktop Download solutions.



## LOCATION COMPLIANCE FOR UNIQUE ON-PROPERTY USE CASES

Our technology is designed to meet and exceed all applicable compliance requirements for unique on-property use cases, while bridging the gap between existing iGaming and landbased gaming regulations. PinPoint is highly scalable and can be custom tailored to meet a wide range of regulatory and business use cases, including ad-hoc projects under US state regulatory purview.

## PRODUCT FEATURES

■ Geofence a room, floor or custom zone

■ Create custom iBeacon networks for small-scale geofencing

■ Ideal for mobile sports, on-property gaming, bring-your-own-device systems, etc.

■ Bundled into your client application



GEOCOMPLY

# *DATABASE*

## LOCALLY HOSTED FRAUD PROTECTION

GeoComply's Database is our most simple to integrate solution, comprised of a locally hosted fraud database. Unlike mainstream IP databases, GeoComply provides multi-layered fraud protection against VPNs, proxies, peer-to-peer networks and other types of data manipulation. Our solution is continuously updated as new threats and data centers are identified and mitigation methods are developed.



GeoComply's database is a comprehensive, locally or cloud-hosted solution for blocking of VPNs, Proxies and Tor exit nodes. This service also allows for a continual feedback loop for our clients to analyze and recognize active targeted threats from Proxies (specifically DNS Proxies) for manual uploads to GeoComply's Database.

Gain additional insight into users' patterns and processes while providing protection against brute force attacks and credential stuffing attempts. Database+ uses a single line of code, enabling GeoComply to gather input, analyze patterns in realtime and/or offline and then provide information on users' threat patterns and behavior.

## PRODUCT FEATURES

- IP database + multi-layered fraud detection of VPNs, Proxies, etc.

- Locally hosted and easy to integrate

- Cloud hosted option accessible via API

- Locate users on any device, app or browser



# GEOCOMPLY NOW IN **44** STATES WITH **10M** TRANSACTIONS PER DAY

## REQUEST A DEMO

If you would like to see how our geolocation compliance solution can meet your unique needs, please email us at **solutions@GeoComply.com**

GeoComply.com



Exhibit 29



DAILY FANTASY   **SPORTSBOOK**   CASINO   PICK6   DK HORSE   DK SHOP

Home   My Bets   Live In-Game   Promos   **How To Bet**   VIP   Pools   More ⌄

Want to start placing bets?    Log In

HOW TO BET    POOLS    SPORTS BETTING GUIDES    QUICK START GUIDE    GENERAL BETTING RULES    SPORT RULES    GLOSSARY    •••

# LIVE BETTING



🏠 **How To Bet**

**Betting Basics** ⌃

How To Read Odds

Odds Calculator

Parlay Calculator

Moneyline

Spread Betting

Over/ Under

Live Betting

Parlay

Offshore Betting

**Sports Guides** ⌃

Baseball Betting

Hockey Betting

Football Betting

MMA Betting

Basketball Betting

Golf Betting

Soccer Betting

Tennis Betting

NASCAR Betting

## Live In-Game Bets

Live betting allows you to bet in real-time while the action is unfolding. Think the next basket will be a 3-pointer? You can bet on it. Think Kansas City will make a monster comeback? Bet on it.

Odds will be representative of the likelihood of any of those events occurring, but beware; as live odds are dynamic, they are constantly going up and down. So, if you see something juicy, make sure you take it.

## Odds Calculator

See how much you can win with your next bet!



**Bet Amount**
Enter the amount of money you want to bet

$ 100

**American Odds**
Example: +100, -350

150

**Decimal Odds**
Example: 1.30, 3.50

2.5

**Fractional Odds**
Example: 10/11, 3/1

3/2

**Implied Probability**
Example: 51%, 81.7%

40

**Profit**
Expected Winnings

**$150.00**

**Payout**
Bet Amount + Profit

**$250.00**

Reset Bet

### Bet with DraftKings Sportsbook

Now that you're up to speed, start betting with DraftKings Sportsbook.

**BET LEGALLY**

Document title: Live Betting - How to Bet 101 | Draftkings Sportsbook
Capture URL: https://sportsbook.draftkings.com/help/how-to-bet-live-bets
Capture timestamp (UTC): Tue, 28 Jan 2025 20:55:33 GMT

take it.



- Parlay Calculator
- Moneyline
- Spread Betting
- Over/ Under
- Live Betting
- Parlay
- Offshore Betting

**Sports Guides**

- Baseball Betting
- Hockey Betting
- Football Betting
- MMA Betting
- Basketball Betting
- Golf Betting
- Soccer Betting
- Tennis Betting
- NASCAR Betting

## Odds Calculator

See how much you can win with your next bet!

**Bet Amount**
Enter the amount of money you want to bet

$ 100

**American Odds**
Example: +100, -350

150

**Decimal Odds**
Example: 1.30, 3.50

2.5

**Fractional Odds**
Example: 10/11, 3/1

3/2

**Implied Probability**
Example: 51%, 81.7%

40

**Profit**
Expected Winnings

**$150.00**

**Payout**
Bet Amount + Profit

**$250.00**

Reset Bet

### Bet with DraftKings Sportsbook

Now that you're up to speed, start betting with DraftKings Sportsbook.

BET LEGALLY



**DraftKings Inc.**
Boston, MA

**COMPANY**
- About DraftKings
- Careers
- Mobile Apps
- Affiliates
- Refer a Friend
- Get Help
- Terms Of Use
- Privacy Policy
- Responsible Gaming
- Retail Sportsbook Locations
- Accessibility
- DKNation Sports News
- Do Not Sell or Share My Personal Information

**SPORTSBOOK ODDS**
- NFL Odds
- NBA Odds
- MLB Odds
- UFC Odds
- NHL Odds
- PGA Odds
- Soccer Odds
- Tennis Odds
- College Basketball Odds
- College Football Odds
- Live Odds
- Super Bowl Odds
- NFL Playoffs Odds

**BETTING GUIDES**
- How To Bet
- How to Bet on Football
- How to Bet on Basketball
- How to Bet on UFC
- How to Bet on Baseball
- How to Bet on Hockey
- How to Bet on Golf
- How to Bet on Soccer
- How to Bet on Tennis
- How to Bet on NASCAR

**LOCATIONS**

**US Office**
222 Berkeley Street
Boston, MA
02116

**New Jersey Office**
PO Box 399
Hoboken, NJ
07030

**UK Office**
15 Ingestre Place
Suite 265
Soho, London
W1F OJH

Must be 21+ and in Illinois to place wagers. If you or someone you know has a gambling problem and wants help, call 1-800-GAMBLER. Subject to regulatory licensing requirements.

© 2012-2025 DraftKings All Rights Reserved.

Exhibit 30



FANTASY   SPORTSBOOK   CASINO   PICK6   REIGNMAKERS   DK HORSE

☀  ⚲   English (US) ⌄   Sign In

DraftKings Help Center (US) > Sportsbook > DK Horse

←

# Where is DK Horse available? (US)

DK Horse differs from other DraftKings products in that your ability to establish and maintain an account is determined by your state of residence rather than your current location.

For example, if you reside in Michigan (where DK Horse is not currently live) you will not be able to create a DK Horse account and play by traveling to a state where DK Horse is live, like Ohio.



JUMP TO SECTION

Getting Started with Sportsbook

How to Play - Sportsbook

Sportsbook Basics

My Sportsbook Account

DK Horse

**DK Horse is currently available for use by customers who are 18 years or older\* and are residents of the following states:**

- California
- Colorado
- Florida
- Illinois
- Indiana\*
- Iowa\*
- Kentucky
- Louisiana
- Maryland
- Massachusetts

  How can we help?

---

Document title: Where is DK Horse available? (US) – DraftKings Help Center (US)
Capture URL: https://help.draftkings.com/hc/en-us/articles/15235115801235-Where-is-DK-Horse-available-US
Capture timestamp (UTC): Mon, 03 Feb 2025 18:42:31 GMT

- Colorado
- Florida
- Illinois
- Indiana*
- Iowa*
- Kentucky
- Louisiana
- Maryland
- Massachusetts
- Minnesota
- Montana
- New York
- Ohio
- Oregon
- Pennsylvania
- Virginia
- Washington*
- West Virginia
- Wyoming

## Important Information

∗Note: Indiana, Iowa, and Washington state residents must be at least 21 years or older.

If DraftKings DKHorse hasn't made it to your state yet, you can check if our other exciting products are available.

- Casino
- Daily Fantasy
- Pick6
- Sportsbook

Was this article helpful?   👍 Yes   👎 No

**Additional Ways to Contact Us**

Mail:

**US Office**
222 Berkeley St
Boston, MA 02116

**Support Hours**

Our team is available 24 hours a day, 7 days a week.

**Privacy Notice**

**Agent Sign In**

💬   How can we help?

# Exhibit 31



# What is daily fantasy sports?

Daily Fantasy Sports (DFS) mirrors season-long fantasy sports but condenses it into a shorter, more sweat-inducing format. Heart-throttling contests range from a day to a week depending on the sport. Competitors draft a player roster and those athletes earn points based on their in-game performance. Sweat the sweat each and every play. Test your skills with friends or with other fans nationally and let victory chase you for a change.

DraftKings DFS is legal in most US states. Check out **where DraftKings DFS is legal.**



# How to Play

### Pick a Contest

Browse the lobby to choose from a wide range of contests across all different sports. A contest is the specific competition you and your lineup will be competing in against other players for prizes. Generally a contest is for a specific real life game or set of games. You can sort by total prizes, contest type, sport, and more to find the perfect contest for you.

### Draft a Lineup

Once decided on a contest, next you'll want to draft a lineup of real players competing in the chosen games. In our salary cap contests, you're given a fictional $50,000 as a salary cap to spend on your team. Each eligible player is assigned a salary. Create your lineup by selecting players listed in the Player Pool. Once you've filled all positions in your lineup (unique to each sport) while staying under your $50,000 salary cap, you can submit your lineup into the contest.

### Sweat the Sweat

Watch your players accumulate points based on their performance in actual games. Track your



### Sweat the Sweat

Watch your players accumulate points based on their performance in actual games. Track your team online or on your mobile device in our app and see your players earn points in real time.

### Check Results

Check the standings when the last game is over and bask in your drafting genius. If you've won or placed into a paying position in a contest, the amount you've won, as determined by the prize structure of that contest, will be credited to your DraftKings account as soon as the contest ends. You can use your winnings to play even more contests or you can withdraw.

## Contest Types

### Single Stat

Draft any three players to your roster and compete to see who can get the most of a single stat category. No need to worry about fantasy points and salary caps.

### Casual

Open to players who have over 50 contests under their belt but haven't earned an experience badge.

### Head-to-Head

Face-off against a single opponent. Score higher and bring home the win.

### In-Game Showdowns

Fantasy contests for just the second half and overtime (if it happens) of a single game. Pick the players you think will crush it in the clutch.

← →

## Beginner Contests

Know exactly who you're playing. Players will have different badges throughout the site that signify experience level. These badges signify contest entry milestones for highly-experienced players. Anyone with an Experience Badge is ineligible for Beginner or Casual contests. However, if a player earns a badge after contest entry, they will remain in the contest. For more information, click below to check out our badges page.

**SIGN UP**



## Experience Badges

Know exactly who you're playing. Players will have different badges throughout the site that signify experience level. These badges signify contest entry milestones for highly-experienced players. Anyone with an Experience Badge is ineligible for Beginner or Casual contests. However, if a player earns a badge after contest entry, they will remain in the contest. For more information, click below to check out our badges page.

**LEARN MORE**



## Strategy and Research

New to Daily Fantasy Sports? Check out DraftKings Network for in-depth fantasy sports news, including expert analysis for fantasy lineups and more.

**GO TO DKNETWORK**



Life's more fun with skin in the game, and any unfairness gets in the way. We're committed to maintaining a fair and level playing field to preserve the competitiveness of the game

**LEARN MORE**

## Additional Help Resources

# Additional Help Resources

For more information visit our **Help Center**. To learn more about our other products, visit our **Sports Betting**,
**Casino** and **Marketplace** pages.

# How to Play Glossary

PMR                                                                                    ▾
_____

OPRK                                                                                   ▾
_____

50/50                                                                                  ▾
_____

Bankroll                                                                               ▾
_____

GPP                                                                                    ▾
_____

Chalk                                                                                  ▾
_____

Multi-entry                                                                            ▾
_____

FPPG                                                                                   ▾
_____

Salary                                                                                 ▾
_____



OPRK

50/50

Bankroll

GPP

Chalk

Multi-entry

FPPG

Salary

DraftKings Inc.
Boston, MA

**COMPANY**

About DraftKings
Careers
Mobile Apps
Affiliates
Refer A Friend
Terms of Use
Fair Play Commitment
Privacy Policy
Responsible Gaming
Get Help

Average Results
Legality
DKNation Sports News
Accessibility
How to Play
Sportsbook
DraftKings Retail Sportsbooks
Online Casino
Do Not Sell or Share My Personal Information

**SPORTS**

Fantasy Football
Fantasy Basketball
Fantasy Baseball
Fantasy Golf
Fantasy Hockey
Fantasy NASCAR
Fantasy F1

Fantasy UFC
Fantasy Soccer
Fantasy College Football
Fantasy College Basketball
Fantasy Tennis
Fantasy Esports

**LOCATIONS**

US Office
222 Berkeley Street
Boston, MA
02116

**Gambling Problem? Call 1-800-GAMBLER or 877-8-HOPENY/text HOPENY (467369) (NY). Help is available for problem gambling. Call (888) 789-7777 or visit ccpg.org(CT).**

Must be at least 18 years or older. Higher age limits may apply in some states. Paid contests not available while physically located in HI, ID, LA (select parishes) MT, NV, OR and WA. For entertainment purposes only. Winning a contest on DraftKings depends on knowledge and exercise of skill. Available to play for free. Void where prohibited. Eligibility restrictions apply.

© 2012 - 2025 DraftKings All Rights Reserved.

Exhibit 32



# ENTER MULTIPLE MILLIONAIRE LINEUPS.

The more you enter our featured contest for THE PLAYERS Championship, the bigger your bonus reward!

**Mar. 9 • PGA TOUR**

**VIEW RESULTS**



As an Official Daily Fantasy Sports Partner of the PGA TOUR, DraftKings is the best place for all of your fantasy golf action.

## How It Works



Enter multiple lineups into the Fantasy Golf Millionaire to earn one of three bonus rewards.



With more entries you'll take home a bigger bonus reward. Enter the Fantasy Golf Millionaire 5+ times to earn our biggest offering!

## Bonus Rewards

| 2 Entries | 3-4 Entries | 5+ Entries |
|---|---|---|

---

Document title: DraftKings DFS Multi Entry Mania | THE PLAYERS Championship
Capture URL: https://www.draftkings.com/golf-multi-entry-mania
Capture timestamp (UTC): Tue, 28 Jan 2025 20:54:49 GMT

Page 1 of 2

| 2 Entries | 3-4 Entries | 5+ Entries |
|---|---|---|
| **$5 PGA TOUR Drive the Green Contest Ticket** | **$10 DK Dollars** | **$20 DK Dollars** |
| VIEW RESULTS | VIEW RESULTS | VIEW RESULTS |

Terms & Conditions
IMPORTANT LEGAL NOTICE REGARDING CONTEST RULES OF DRAFTKINGS 2023 Golf Multi-Entry Mania Promotion
In order to be eligible to ......

**View full terms** ⌄

**DraftKings Inc.**
Boston, MA

 

 

**COMPANY**
About DraftKings
Careers
Mobile Apps
Affiliates
Refer A Friend
Terms of Use
Fair Play Commitment
Privacy Policy
Responsible Gaming
Get Help
Average Results
Legality
DKNation Sports News
Accessibility
How to Play
Sportsbook
DraftKings Retail Sportsbooks
Online Casino
Do Not Sell or Share My Personal Information

**SPORTS**
Fantasy Football
Fantasy Basketball
Fantasy Baseball
Fantasy Golf
Fantasy Hockey
Fantasy NASCAR
Fantasy F1
Fantasy UFC
Fantasy Soccer
Fantasy College Football
Fantasy College Basketball
Fantasy Tennis
Fantasy Esports

**LOCATIONS**
**US Office**
222 Berkeley Street
Boston, MA
02116

**Gambling Problem? Call 1-800-GAMBLER or 877-8-HOPENY/text HOPENY (467369) (NY). Help is available for problem gambling. Call (888) 789-7777 or visit ccpg.org(CT).**

Must be at least 18 years or older. Higher age limits may apply in some states. Paid contests not available while physically located in HI, ID, LA (select parishes) MT, NV, OR and WA. For entertainment purposes only. Winning a contest on DraftKings depends on knowledge and exercise of skill. Available to play for free. Void where prohibited. Eligibility restrictions apply.



*© 2012 - 2025 DraftKings All Rights Reserved.*

Document title: DraftKings DFS Multi Entry Mania | THE PLAYERS Championship
Capture URL: https://www.draftkings.com/golf-multi-entry-mania
Capture timestamp (UTC): Tue, 28 Jan 2025 20:54:49 GMT

# Exhibit 33



**FANTASY**   **SPORTSBOOK**   **CASINO**   **PICK6**   **REIGNMAKERS**   **DK HORSE**

English (US) ▾    Sign In

DraftKings Help Center (US)   >   Fantasy Sports   >   How to Play- Fantasy Sports

←

# How do I upload or edit multiple lineups at once? (US)



JUMP TO SECTION

Fantasy Sports Basics

How to Play- Fantasy Sports

Game Styles & Contest Types

Contest Rules & Scoring

Resolving Fantasy Sports Issues

Tickets

Leagues

**Important Information regarding CSV files**

- The CSV upload option is only available for desktop devices.
- You cannot exceed 500 lineups in a single CSV file.
- Each file you upload must contain players from only one template.

# Uploading lineups with CSV files

Manually entering 150 lineups into a contest one by one is time consuming and prone to errors, which is why we offer the ability to upload lineups in a CSV (Comma-Separated Values) document.

This "power user" feature designed for active Daily Fantasy players allows you to compile all of your lineups in a spreadsheet, export the file as .CSV, and then upload all of the lineups at the same time using a web browser on your desktop device.

**Learn how to upload mass lineups or edit mass lineups by following the guides below:**

## How do I mass upload lineups? ^

1. Select the Lineups tab in the Daily Fantasy lobby, or visit https://www.draftkings.com/lineup
2. Click the '**Upload Lineups'** button
3. Under the **Download Template** column, select a sport, contest format, and start time.
4. Click the button to download the CSV template
5. Open the CSV template file in a spreadsheet application such as Google Sheets, Microsoft Excel, or Apple Numbers.
6. Fill out the template with your lineups.  Please note that you cannot exceed 500 lineups in a single CSV file, and each file you upload must contain players from only one template
7. Export the spreadsheet file as .CSV to your computer.
8. Upload the saved file by clicking the Upload CSV button.
9. Once the uploaded lineups are processed, a notice will appear to inform you that your uploaded lineups will be compatible with contests for the selected sports, and the start time for Draft Group.

## How do I bulk edit my lineups by uploading a CSV file? ^

You can edit existing lineups by uploading changes to the CSV file. For fastest processing, only include entries that have been changed in your file.

1. From the My Lineups page, select '**Edit Entries'**

… How can we help?

desktop device.

**Learn how to upload mass lineups or edit mass lineups by following the guides below:**

## How do I mass upload lineups?                                                    ^

1. Select the Lineups tab in the Daily Fantasy lobby, or visit https://www.draftkings.com/lineup
2. Click the '**Upload Lineups'** button
3. Under the **Download Template** column, select a sport, contest format, and start time.
4. Click the button to download the CSV template
5. Open the CSV template file in a spreadsheet application such as Google Sheets, Microsoft Excel, or Apple Numbers.
6. Fill out the template with your lineups.  Please note that you cannot exceed 500 lineups in a single CSV file, and each file you upload must contain players from only one template
7. Export the spreadsheet file as .CSV to your computer.
8. Upload the saved file by clicking the Upload CSV button.
9. Once the uploaded lineups are processed, a notice will appear to inform you that your uploaded lineups will be compatible with contests for the selected sports, and the start time for Draft Group.

## How do I bulk edit my lineups by uploading a CSV file?                           ^

You can edit existing lineups by uploading changes to the CSV file. For fastest processing, only include entries that have been changed in your file.

1. From the My Lineups page, select '**Edit Entries'**
2. Using a spreadsheet to edit the CSV file previously created above, edit the lineups. We suggest you delete any lineups from the CSV that remain unchanged to expedite processing.
3. On the right hand side of the Edit Entries page, select the **Upload CSV** button.

Was this article helpful?     👍 Yes     👎 No

**Additional Ways to Contact Us**

Mail:

**US Office**
222 Berkeley St
Boston, MA 02116

**Support Hours**

Our team is available 24 hours a day, 7 days a week.

**Privacy Notice**

**Agent Sign In**

💬     How can we help?

Document title: How do I upload or edit multiple lineups at once? (US) – DraftKings Help Center (US)
Capture URL: https://help.draftkings.com/hc/en-us/articles/4405223998867-How-do-I-upload-or-edit-multiple-lineups-at-once-US
Capture timestamp (UTC): Mon, 03 Feb 2025 20:30:22 GMT

Exhibit 34



**FANTASY**   SPORTSBOOK   CASINO   PICK6   REIGNMAKERS   DK HORSE

☀ 🔍   English (US) ▾   Sign In

DraftKings Help Center (US)  ›  Fantasy Sports  ›  How to Play- Fantasy Sports

←

# How do I enter a Fantasy Sports contest? (US)

DraftKings Fantasy Sports offers a variety of contests of different types and game styles to enjoy. They are all available to enter directly from the [DraftKings Lobby](DraftKings Lobby).

New to Fantasy Sports? Get ready for a thrilling experience! You may be wondering how to enter a contest with your device.

**View the step by step guides below on how to enter a DraftKings Fantasy Sports Contest via mobile or desktop devices.**

## JUMP TO SECTION

Fantasy Sports Basics

How to Play- Fantasy Sports

Game Styles & Contest Types

Contest Rules & Scoring

Resolving Fantasy Sports Issues

Tickets

Leagues

---

## How to enter a Fantasy Sports Contest via the DraftKings App    ⌃

1. Login to the [DraftKings Fantasy Sports app](DraftKings Fantasy Sports app).
2. Tap on **Lobby,** and choose your preferred **Sport.**
3. **Select a Game Style**
   - Here you can make a selection from the game styles listed. Please note not all sports offer the same options, contest rules, or scoring. Read the contest [Rules & Scoring](Rules & Scoring) for more information.
4. **Choose the game set**
   - Each contest slate lists the games or matches and the start times, as well as the number of games the contest represents.
5. **Filter the lobby to find a contest**
   - You can sort and filter the contest options to find the one you want to play. You can choose from popular options such as multi-entry limit, entry fee, total prize pool, and field size. You can even filter only to display contests that can be entered with DK Crowns or Tickets.
6. **Select your athletes;** then start building your dream team of athletes.
   - Alternatively, you can reserve your entry into the contest. This allows you to add a lineup at a later stage before the contest starts. However, when picking athletes, don't forget to stay under the salary cap.
7. Once you're done creating your lineup, click **Submit.**
8. **Enjoy the game!**
   - As the games start and the excitement builds, watch your score in real-time in the game center as you sweat the games.

### View this process in the visual below.



💬   How can we help?

---

Document title: How do I enter a Fantasy Sports contest? (US) – DraftKings Help Center (US)
Capture URL: https://help.draftkings.com/hc/en-us/articles/4405229766163-How-do-I-enter-a-Fantasy-Sports-contest-US
Capture timestamp (UTC): Mon, 03 Feb 2025 20:35:25 GMT



## How to enter a Fantasy Sports Contest via a desktop or laptop

1. Log into **DraftKings Fantasy Sports**.

2. Enter the **Lobby,** and choose your preferred **Sport**.

3. **Select a Game Style**
   - Here you can make a selection from the game styles listed. Please note not all sports offer the same options, contest rules, or scoring. Read the contest **Rules & Scoring** for more information.

4. **Choose the game set**
   - Each contest slate lists the games or matches and the start times, as well as the number of games the contest represents.

5. **Filter the lobby to find a contest**
   - You can sort and filter the contest options to find the one you want to play. You can choose from popular options such as multi-entry limit, entry fee, total prize pool, and field size. You can even filter only to display contests that can be entered with DK Crowns or Tickets.

6. **Select your athletes;** then start building your dream team of athletes.
   - Alternatively, you can reserve your entry into the contest, allowing you to add a lineup at a later stage before the contest starts. However, when picking athletes, don't forget to stay under the salary cap.

7. Once you are done creating your lineup, click **Submit**.

8. **Enjoy the game!**
   - As the games start and the excitement builds, watch your score in real-time in the game center as the games.

 How can we help?

7. Once you are done creating your lineup, click **Submit**.

8. **Enjoy the game!**
    - As the games start and the excitement builds, watch your score in real-time in the game center as you sweat the games.

**View this process in the visual below.**



# Frequently asked questions

## What should I know before choosing a contest?    ⌃

There are many different contest types and game styles to choose from in every sport. Visit the [DraftKings Fantasy Sports Lobby](#) to find the contest for the sport you like best and select **Enter new lineup**.

- Alternatively, if you choose to create your lineups in advance of selecting a contest, you can use [Bulk Entry](#) to enter multiple contests at once from the [lineup page](#).
- Read the contest rules for your sport and contest type on our [Rules & Scoring](#) overview page.
- Review the payout structure of the contest to know what your prize will be if you win!

## What should I know before picking my athletes?    ⌃

Build your lineup using the athletes you want within the contest. Once you've created a lineup, select **'Submit'** at the bottom of the screen. You can review and edit any of your lineups on the **Upcoming** tab. You have the following options for the contest:

- **Salary Cap Contests**: create a lineup by selecting athletes listed in the athlete pool. Each athlete listed has an assigned salary and a valid lineup must not exceed the salary cap.





- ○ **Important Note**: Athlete salaries are determined based on historical statistics and aspects of an Athlete's upcoming matchup may be factored into their salary. Athlete salaries listed are a function of the salary cap Fantasy Sports contest format and are not intended, and should not be relied upon, as any indication of real-life salary valuations of the individual athletes.

- **Tiers Contests:** create a lineup by selecting athletes listed in the athlete pool. Each athlete listed has an assigned tier, and a valid lineup must include athletes from each tier. The number of tiers may vary based on the game set.



- **Snake Draft Contests:** Snake Draft is where players take turns drafting athletes to their lineups, one by one. An athlete can only be drafted once in a contest, and Fantasy Sports players need to draft athletes from multiple positions depending on the sport.

  - ○ Once the contest has been filled with Fantasy Sports players, the Snake Draft will begin two minutes after the contest fills.

  - ○ Players compete against a limited number of other Fantasy Sports players, ranging from 3 to 12 players.

  - ○ In Snake Drafts, Fantasy Sports players draft athletes one by one. An athlete can only be drafted once in a contest, and Fantasy Sports players need to draft athletes from multiple positions depending on the sport.

  - ○ Snake Draft Contests include multiple games, while **Snake Showdowns** are Snake Draft Contests for one game.

  - ○ Snake Draft Contests are typically shorter in duration and are completed in one day.

 How can we help?

contest, and Fantasy Sports players need to draft athletes from multiple positions depending on the sport.
- Snake Draft Contests include multiple games, while Snake Showdowns are Snake Draft Contests for one game.
- Snake Draft Contests are typically shorter in duration and are completed in one day.



- **Best Ball Contests:** Draft athletes in a snake draft type of contest against other fantasy players. Best Ball Contests are longer in duration, typically spanning between multiple weeks to a full league season. The standings for Best Ball Contests are determined by the cumulative sum of their Fantasy Points each week.
  - **As an example only:** If a player's lineup scores one hundred (100) points in week one (1), and one hundred twenty (120) points in week two (2), their total fantasy points in the contest standings is two hundred twenty (220).

If a contest offers multi-entry, you can upload a CSV file to enter more than one lineup at once. For instructions on how to use a CSV upload for entering a contest, please see how do I upload or edit multiple lineups at once?

## Can I watch the stats update in real time?  ∧

Yes! The real fun starts when the contest begins. Watch your Fantasy Points accrue in real-time while sweating the games, the standings in the GameCenter will display your current share of the prize pool.

- **Important Note**: Live scoring updates are strictly for the enjoyment of DraftKings players. The official scoring validation process begins once all games within the contest are final. This process ensures that DraftKings scoring matches official stat providers when contest results are finalized and paid out.  DraftKings does not make judgments on scoring rulings.

## What are Guaranteed Contests?  ∧

Guaranteed contests will run (with prizes unchanged) even if they don't reach capacity before the contest start time. Non-guaranteed contests that do not reach capacity by contest lock time may be merged with other similar unfilled contests or may be canceled and entry fees refunded.

The entry fee and prize pool for a contest will not change once the contest is created. Therefore, each contest has a maximum amount of total entries accepted. Contests that have yet to reach capacity will be available for entry up until the contest lock time.

---

Was this article helpful?   Yes   No

How can we help?



- **Best Ball Contests:** Draft athletes in a snake draft type of contest against other fantasy players. Best Ball Contests are longer in duration, typically spanning between multiple weeks to a full league season. The standings for Best Ball Contests are determined by the cumulative sum of their Fantasy Points each week.

  - **As an example only:** If a player's lineup scores one hundred (100) points in week one (1), and one hundred twenty (120) points in week two (2), their total fantasy points in the contest standings is two hundred twenty (220).

If a contest offers multi-entry, you can upload a CSV file to enter more than one lineup at once. For instructions on how to use a CSV upload for entering a contest, please see how do I upload or edit multiple lineups at once?

## Can I watch the stats update in real time?

Yes! The real fun starts when the contest begins. Watch your Fantasy Points accrue in real-time while sweating the games, the standings in the GameCenter will display your current share of the prize pool.

- **Important Note**: Live scoring updates are strictly for the enjoyment of DraftKings players. The official scoring validation process begins once all games within the contest are final. This process ensures that DraftKings scoring matches official stat providers when contest results are finalized and paid out.  DraftKings does not make judgments on scoring rulings.

## What are Guaranteed Contests?

Guaranteed contests will run (with prizes unchanged) even if they don't reach capacity before the contest start time. Non-guaranteed contests that do not reach capacity by contest lock time may be merged with other similar unfilled contests or may be canceled and entry fees refunded.

The entry fee and prize pool for a contest will not change once the contest is created. Therefore, each contest has a maximum amount of total entries accepted. Contests that have yet to reach capacity will be available for entry up until the contest lock time.

Was this article helpful?    👍 Yes    👎 No

**Additional Ways to Contact Us**

Mail:

**US Office**
222 Berkeley St
Boston, MA 02116

**Support Hours**

Our team is available 24 hours a day, 7 days a week.

**Privacy Notice**

**Agent Sign In**

💬 How can we help?

# Exhibit 35



DAILY FANTASY    SPORTSBOOK    CASINO    PICK6    DK HORSE    DK SHOP

RG    Responsible Gaming

**DRAFTKINGS** AT CASINO QUEEN

Home    My Bets    Live In-Game    Promos    How To Bet    VIP    Pools    More ⌄

Want to start placing bets?    Log In

HOW TO BET    POOLS    SPORTS BETTING GUIDES    QUICK START GUIDE    GENERAL BETTING RULES    SPORT RULES    •••

# HOW TO BET 101:
# SPORTS BETTING EXPLAINED



🏠 **How To Bet**

**Betting Basics** ⌃

How To Read Odds

Odds Calculator

Parlay Calculator

Moneyline

Spread Betting

Over/ Under

Live Betting

Parlay

Offshore Betting

**Sports Guides** ⌃

Baseball Betting

Hockey Betting

Football Betting

MMA Betting

Basketball Betting

Golf Betting

Soccer Betting

Tennis Betting

NASCAR Betting

## Sports Betting Overview

Sports betting comes in many different shapes and sizes. At its core, sports betting is putting money behind an outcome of your choice and getting paid if that outcome is achieved. If a bet is on the winner of a game, that is called a moneyline bet. If you're betting that a team will win or lose by a certain amount of points, that is called a spread bet. If you combine multiple outcomes into one bet, that is called a parlay.

Moneylines, spreads, and parlays are the most common bets to choose from, but there are also prop bets which allow you to have a vested interest in more specific outcomes, like how many points a certain player will score. The world of sports betting is vast, and there's something for just about anyone.

There are many reasons to bet on sports for new and experienced gamblers alike. Above all, it's an easy way to add more excitement to your viewing experience, by giving you something more to root for. That's rewarding in itself, regardless of the outcome.

## Learn the Lingo - Bet Types Explained

New to sports betting? One of the biggest hurdles for new bettors can be the seemingly endless list of phrases and terms. We've got you covered, with a beginner-level breakdown of the basics for each sport, that will help you get in on the action – and hopefully take home some cash!

**Bet Legally**

---

## DraftKings Inc.
Boston, MA

   

**COMPANY**

About DraftKings

Careers

Mobile Apps

Affiliates

Refer a Friend

Get Help

Terms Of Use

Privacy Policy

Responsible Gaming

**SPORTSBOOK ODDS**

NFL Odds

NBA Odds

MLB Odds

UFC Odds

NHL Odds

PGA Odds

Soccer Odds

Tennis Odds

College Basketball Odds

**BETTING GUIDES**

How To Bet

How to Bet on Football

How to Bet on Basketball

How to Bet on UFC

How to Bet on Baseball

How to Bet on Hockey

How to Bet on Golf

How to Bet on Soccer

How to Bet on Tennis

**LOCATIONS**

US Office

222 Beckett Street

Boston, MA

02116

New Jersey Office

PO Box 399

Hoboken, NJ

07030



Must be 21+ and in Illinois to place wagers. If you or someone you know has a gambling problem and wants help, call 1-800-GAMBLER. Subject to regulatory licensing requirements.

---

Document title: How to Bet - Sports Betting Explained | Draftkings Sportsbook
Capture URL: https://sportsbook.draftkings.com/help/how-to-bet
Capture timestamp (UTC): Tue, 28 Jan 2025 20:55:28 GMT

## Sports Betting Overview

**Betting Basics**

How To Read Odds

Odds Calculator

Parlay Calculator

Moneyline

Spread Betting

Over/ Under

Live Betting

Parlay

Offshore Betting

**Sports Guides**

Baseball Betting

Hockey Betting

Football Betting

MMA Betting

Basketball Betting

Golf Betting

Soccer Betting

Tennis Betting

NASCAR Betting

Sports betting comes in many different shapes and sizes. At its core, sports betting is putting money behind an outcome of your choice and getting paid if that outcome is achieved. If a bet is on the winner of a game, that is called a moneyline bet. If you're betting that a team will win or lose by a certain amount of points, that is called a spread bet. If you combine multiple outcomes into one bet, that is called a parlay.

Moneylines, spreads, and parlays are the most common bets to choose from, but there are also prop bets which allow you to have a vested interest in more specific outcomes, like how many points a certain player will score. The world of sports betting is vast, and there's something for just about anyone.

There are many reasons to bet on sports for new and experienced gamblers alike. Above all, it's an easy way to add more excitement to your viewing experience, by giving you something more to root for. That's rewarding in itself, regardless of the outcome.

## Learn the Lingo - Bet Types Explained

New to sports betting? One of the biggest hurdles for new bettors can be the seemingly endless list of phrases and terms. We've got you covered, with a beginner-level breakdown of the basics for each sport, that will help you get in on the action – and hopefully take home some cash!

**Bet Legally**

---

## DraftKings Inc.

Boston, MA

   

**COMPANY**

About DraftKings

Careers

Mobile Apps

Affiliates

Refer a Friend

Get Help

Terms Of Use

Privacy Policy

Responsible Gaming

Retail Sportsbook Locations

Accessibility

DKNation Sports News

Do Not Sell or Share My Personal Information

**SPORTSBOOK ODDS**

NFL Odds

NBA Odds

MLB Odds

UFC Odds

NHL Odds

PGA Odds

Soccer Odds

Tennis Odds

College Basketball Odds

College Football Odds

Live Odds

Super Bowl Odds

NFL Playoffs Odds

**BETTING GUIDES**

How To Bet

How to Bet on Football

How to Bet on Basketball

How to Bet on UFC

How to Bet on Baseball

How to Bet on Hockey

How to Bet on Soccer

How to Bet on Tennis

How to Bet on NASCAR

**LOCATIONS**

**US Office**

222 Berkeley Street

Boston, MA

02116

**New Jersey Office**

PO Box 399

Hoboken, NJ

07030

**UK Office**

15 Ingestre Place

Suite 265

Soho, London

W1F OJH



Must be 21+ and in Illinois to place wagers. If you or someone you know has a gambling problem and wants help, call 1-800-GAMBLER. Subject to regulatory licensing requirements.

© 2012-2025 DraftKings All Rights Reserved.

  

---

Document title: How to Bet - Sports Betting Explained | Draftkings Sportsbook

Capture URL: https://sportsbook.draftkings.com/help/how-to-bet

Capture timestamp (UTC): Tue, 28 Jan 2025 20:55:28 GMT