Exhibit 76



FANTASY    SPORTSBOOK    CASINO    PICK6    REIGNMAKERS    DK HORSE

☀ 🔍 English (US) ▾    **Sign in**

DraftKings Help Center (US) › Sportsbook › Sportsbook Basics

←

# What is a live bet? (US)

## Overview

A live bet is a bet made after the event has started and is ongoing. Live betting is also known as 'In-Play' or 'In-Game' betting. The odds change continuously based on how the game is unfolding. For example, Team A may be the pre-match favorite, but if during the game Team B takes a big lead, the odds may shift towards Team B being the favorite.

**Pre-Game Odds:**



**Live Odds:**

Example of Live-In-Game, in the case pictured below, the game has begun, indicated by the **"LIVE"** label and the odds have shifted.



## Live Flash Props

Live Flash props allow bettors to take part in the action drive-by-drive or play-by-play.
Examples include but are not limited to:

- "Will the next drive result in an offensive score?"
- "Will the next play type be run or pass?"
- "Will the next drive cross the opponent's 35-yard line?"

**Important**: The default odds change behavior is an account settings preference that you can define. You can choose from: **Ask for Approval**, **Accept Higher Odds**, or **Accept Odds Changes**. Setting this preference allows you to adjust the default behavior of the wager in your Bet Slip. To change this preference please visit your Sportsbook account settings.

Was this article helpful?    👍 Yes    👎 No

💬 How can we help?

### JUMP TO SECTION

Getting Started with Sportsbook

How to Play - Sportsbook

Sportsbook Basics

My Sportsbook Account

DK Horse

**Live Odds:**

Example of Live-In-Game, in the case pictured below, the game has begun, indicated by the **"LIVE"** label and the odds have shifted.



## Live Flash Props

Live Flash props allow bettors to take part in the action drive-by-drive or play-by-play.
Examples include but are not limited to:

- "Will the next drive result in an offensive score?"
- "Will the next play type be run or pass?"
- "Will the next drive cross the opponent's 35-yard line?"

**Important:** The default odds change behavior is an account settings preference that you can define. You can choose from: **Ask for Approval**, **Accept Higher Odds**, or **Accept Odds Changes**. Setting this preference allows you to adjust the default behavior of the wager in your Bet Slip. To change this preference please visit your Sportsbook account settings.



Was this article helpful?    👍 Yes    👎 No

**Additional Ways to Contact Us**

Mail:

**US Office**
222 Berkeley St
Boston, MA 02116

**Support Hours**

Our team is available 24 hours a day, 7 days a week.

Privacy Notice

Agent Sign In

💬    How can we help?

# Exhibit 77

Data

{"event":"pusher:connection_established","data":"{\"socket_id\":\"27584.26536606\",...

{"event":"pusher:subscribe","data":{"channel":"prod-corsair-30357853"}}

{"event":"pusher:subscribe","data":{"channel":"prod-corsair-30358154"}}

{"event":"pusher:subscribe","data":{"channel":"prod-corsair-30316262"}}

{"event":"pusher_internal:subscription_succeeded","data":"{}","channel":"prod-corsai...

{"event":"pusher_internal:subscription_succeeded","data":"{}","channel":"prod-corsai...

{"event":"pusher_internal:subscription_succeeded","data":"{}","channel":"prod-corsai...

{"event":"Event","data":"{\"id\":\"30358154\",\"entityType\":0,\"sportOrder\":0,\"leag...

{"event":"Event","data":"{\"id\":\"30358154\",\"entityType\":0,\"sportOrder\":0,\"leag...

{"event":"Event","data":"{\"id\":\"30358154\",\"entityType\":0,\"sportOrder\":0,\"leag...

{"event":"Event","data":"{\"id\":\"30357853\",\"entityType\":0,\"sportOrder\":0,\"leag...

{"event":"Event","data":"{\"id\":\"30358154\",\"entityType\":0,\"sportOrder\":0,\"leag...

{"event":"Event","data":"{\"id\":\"30357853\",\"entityType\":0,\"sportOrder\":0,\"leag...

{"event":"Event","data":"{\"id\":\"30358154\",\"entityType\":0,\"sportOrder\":0,\"leag...

{"event":"Event","data":"{\"id\":\"30357853\",\"entityType\":0,\"sportOrder\":0,\"leag...

{"event":"Event","data":"{\"id\":\"30357853\",\"entityType\":0,\"sportOrder\":0,\"leag...

Exhibit 78

{"event":"Event","data":"{\"id\":\"30357853\",\"entityType\":0,\"sportOrder\":0,\"leagueOrder\":0,\"isTopLeague\":true,\"competitors\":[{\"id\":\"1674\",\"name\":\"SAC Kings\",\"venueRole\":\"Home\"},{\"id\":\"2047\",\"name\":\"DAL Mavericks\",\"venueRole\":\"Away\"}],\"marketGroups\":[{\"id\":\"3624\",\"sortingKey\":0},{\"id\":\"3625\",\"sortingKey\":0},{\"id\":\"3626\",\"sortingKey\":0},{\"id\":\"3627\",\"sortingKey\":0},{\"id\":\"3628\",\"sortingKey\":0},{\"id\":\"3629\",\"sortingKey\":0},{\"id\":\"3630\",\"sortingKey\":0},{\"id\":\"3631\",\"sortingKey\":0},{\"id\":\"539\",\"sortingKey\":0},{\"id\":\"540\",\"sortingKey\":0},{\"id\":\"541\",\"sortingKey\":0},{\"id\":\"542\",\"sortingKey\":0}],\"totalMarketsCount\":157,\"marketLinesCount\":184,\"startEventDate\":\"2024-03-30T02:10:00.0000000Z\",\"status\":\"InProgress\",\"score\":{\"homeScore\":\"98\",\"awayScore\":\"101\",\"combinedSecondTierScores\":[\"26 : 34\",\"25 : 26\",\"22 : 22\",\"28 : 16\"],\"additionalScores\":{\"basketballFirstQuarterScore1\":\"34\",\"basketballFirstQuarterScore2\":\"26\",\"basketballFourthQuarterScore1\":\"16\",\"basketballFourthQuarterScore2\":\"28\",\"basketballOverTimeScore1\":\"0\",\"basketballOverTimeScore2\":\"0\",\"basketballSecondQuarterScore1\":\"26\",\"basketballSecondQuarterScore2\":\"25\",\"basketballThirdQuarterScore1\":\"22\",\"basketballThirdQuarterScore2\":\"22\"}},\"isLive\":true,\"isGoingLive\":false,\"isTeamSwap\":true,\"liveGameState\":{\"clockRunning\":true,\"clockDirection\":\"Timer\",\"gameTime\":205,\"gamePart\":\"FourthQuarter\"},\"isSuspended\":false}","channel":"prod-corsair-30357853"}

Exhibit 79



FANTASY    SPORTSBOOK    CASINO    PICK6    REIGNMAKERS    DK HORSE

English (US) ⌄        Sign in

DraftKings Help Center (US)  >  My Account  >  Account Policies

←

# How old do I have to be to play on DraftKings? (US)

## DraftKings Fantasy Sports and DraftKings Pick6

You must be at least 19 years of age to play DraftKings Fantasy Sports and DraftKings Pick6 in **Alabama** and **Nebraska**, at least 21 years of age to play in **Arizona**, **Iowa**, **Louisiana**, and **Massachusetts**, and at least 18 years of age in all other jurisdictions where DraftKings Fantasy Sports or DraftKings Pick6 product is live.

## DraftKings Sportsbook and Casino

You must be at least 18 years of age to play in **Kentucky**, **New Hampshire**, **Washington, D.C.**, and **Wyoming**, and at least 21 years of age in all other jurisdictions where DraftKings Sportsbook or DraftKings Casino is live

Was this article helpful?    👍 Yes    👎 No

### JUMP TO SECTION

Account Login & Security

Account Profile & Settings

Account Policies

Account Management

Geolocation & Troubleshooting

**Additional Ways to Contact Us**

Mail:

**US Office**
222 Berkeley St
Boston, MA 02116

**Support Hours**

Our team is available 24 hours a day, 7 days a week.

**Privacy Notice**

**Agent Sign In**

💬    How can we help?

Document title: How old do I have to be to play on DraftKings? (US) – DraftKings Help Center (US)
Capture URL: https://help.draftkings.com/hc/en-us/articles/4405232289299-How-old-do-I-have-to-be-to-play-on-DraftKings-US
Capture timestamp (UTC): Tue, 28 Jan 2025 20:57:22 GMT

# Exhibit 80



DAILY FANTASY    SPORTSBOOK    **CASINO**    PICK6    DK HORSE    DK SHOP

RG    Responsible Gaming

Games    Promotions    Leaderboards    Casino Credits Dynasty    VIP    How To Play

**LOG IN | SIGN UP**

# MEET OUR REGULATORS

## PENNSYLVANIA



We are regulated by the Pennsylvania Gaming Control Board License #117645. Only customers 21 and over who are physically present in Pennsylvania are permitted to play our games.If you or someone you know has a gambling problem and wants help, call 1-800-GAMBLER.

## WEST VIRGINIA



We are regulated by the West Virginia Lottery Board and operate under license number SWP-003. Only customers 21 and over are permitted to play our games. If you or someone you know has a gambling problem and wants help, call 1-800-GAMBLER or visit www.1800gambler.net. Subject to regulatory licensing requirements.

## ONTARIO

 



Crown DK CAN Ltd. is a wholly owned subsidiary of DraftKings Inc., a US-based company. DraftKings' Sportsbook and Casino products are regulated by the Alcohol and Gaming Commission of Ontario (AGCO) as an online gaming operator in accordance with Gaming Control Act, 1992 (GCA) and its implementing regulations. DraftKings operates pursuant to an Operating Agreement with iGaming Ontario (iGO). Our Sportsbook and Casino games are tested by independent third party testing labs to provide games that are fair and operate correctly. Gambling Problem? Call ConnexOntario 1-866-531-2600. Only customers 19 years old and over and physically present in ONT are permitted to play our games. Please play responsibly. Subject to regulatory licensing requirements.



## WHATS FAIR IS

# FUN

Licensing. Auditing. Laws and regulations. Lots of legalities go into building a casino that's fair — and DraftKings is committed to bringing you the best one. Here's a better understanding of the steps we take to ensure game integrity.

DRAFTKINGS CASINO

Games    Promotions    Leaderboards    Casino Credits    Dynasty    VIP    How To Play

**LOG IN | SIGN UP**



## Every jurisdiction has a regulator

Each jurisdiction has its own governmental agency, often referred to as a regulator, that reviews and approves an online casino before it launches. Many regulators often require independent lab certification as part of reviewing whether to grant permission for online casinos to operate. These independent lab certifications can be obtained by specific vendors certified by the regulator to conduct these types of reviews. While different jurisdictions may have different requirements as to types of online casino games offered, DraftKings Casino must receive full authorization from the regulators prior to making any casino games available to players.



## We create game-changing experiences.

Gaming Laboratories International, LLC (GLI) is a fully independent and accredited testing laboratory and product certification body contracted by gaming industry operators and software and hardware suppliers to perform third-party testing, auditing and certification services. GLI verifies technical compliance with the standard(s) and/or jurisdictional regulation(s) adopted by the gaming authorities.



## Random number generators test for fairness

Online casinos often use random number generators to determine the winning outcome of many casino games. DraftKings Casino's random number generators are all independently tested to ensure that the outcomes are randomly generated within established fairness specifications set by the independent testing laboratories, and provides verification to each regulator that the random number generator meets the regulatory specifications for fair play.



## Operators follow set laws & regulations

Laws and regulations have been put in place to ensure online casino games function ethically and legally. If an online casino operator does not follow the rules set by a regulator, the regulator may impose disciplinary actions including fines or penalties on the online casino operator.



## Our players are our #1.

operators and software and hardware suppliers to perform third-party testing, auditing and certification services. GLI verifies technical compliance with the standard(s) and/or jurisdictional regulation(s) adopted by the gaming authorities.



## Random number generators test for fairness

Online casinos often use random number generators to determine the winning outcome of many casino games. DraftKings Casino's random number generators are all independently tested to ensure that the outcomes are randomly generated within established fairness specifications set by the independent testing laboratories, and provides verification to each regulator that the random number generator meets the regulatory specifications for fair play.



## Operators follow set laws & regulations

Laws and regulations have been put in place to ensure online casino games function ethically and legally. If an online casino operator does not follow the rules set by a regulator, the regulator may impose disciplinary actions including fines or penalties on the online casino operator.



## Our players are our #1.

DraftKings Casino employs a team of compliance professionals dedicated to ensuring our games are fair and compliant with applicable rules and regulations. The DraftKings Casino team and Compliance team work together to help accomplish our goal of providing our players a fair, regulated, and enjoyable DraftKings Casino experience.

---

# DraftKings Inc.

Boston, MA

**COMPANY**
About DraftKings
Careers
Mobile Apps
Affiliates
Refer a Friend
Contact Us
Terms Of Use
Privacy Policy
Casino Partners
Retail Sportsbook Locations
Fair & Regulated Terms
DK Network
Casino Education Hub
Accessibility
Where Is Online Gambling Legal
Get Help
Do Not Sell or Share My Personal Information

**CASINO GAMES**
Online Slots
Online Blackjack
Online Roulette
Craps Online

**CASINO GUIDES**
How to Play Slots
How to Play Blackjack
How to Play Roulette
How to Play Rocket
How to Play Baccarat
How to Play Video Poker
How to Play Craps
How to Play Spanish 21
How to Play Live Dealer Games
What is a Casino Deposit Bonus?
How to Play Casino Jackpots

**LOCATIONS**

**US Office**
222 Berkeley Street
Boston, MA
02116

**UK Office**
15 Ingestre Place
Suite 265
Soho, London
W1F OJH

**New Jersey Office**
221 River St.
9th Floor
Hoboken, NJ
07030

We are licensed and regulated by the New Jersey Division of Gaming Enforcement as an Internet gaming operator in accordance with the Casino Control Act N.J.S.A. 5:12-1 and its implementing regulations. Our games are tested by the New Jersey Division of Gaming Enforcement to provide games that are fair and operate correctly. Only customers 21 and over are permitted to play our games. If you or someone you know has a gambling problem and wants help, call **1-800-GAMBLER**

 © 2012-2025 DraftKings All Rights Reserved.

  



DAILY FANTASY   SPORTSBOOK   **CASINO**   PICK6   DK HORSE   DK SHOP

Responsible Gaming

Games   Promotions   Leaderboards   Casino Credits   Dynasty   VIP   How To Play

**LOG IN | SIGN UP**

# MEET OUR REGULATORS

## MICHIGAN



We are regulated by the Michigan Gaming Control Board as an internet gaming operator in accordance with the MI Lawful Internet Gaming Act, 2019 PA 152 and it's implementing regulations. Only customers 21 and over are permitted to play our games. If you or someone needs help, call the Michigan Department of Health and Human Services Gambling Disorder Help-line at: 800-270-7117.

## NEW JERSEY



We are regulated by the New Jersey Division of Gaming Enforcement as an Internet gaming operator in accordance with the Casino Control Act N.J.S.A. 5:12-1 and its implementing regulations. Our games are tested by the New Jersey Division of Gaming Enforcement to provide games that are fair and operate correctly. Only customers 21 and over are permitted to play our games.If you or someone you know has a gambling problem and wants help, call 1-800-GAMBLER. Subject to regulatory licensing requirements.

## CONNECTICUT



We are regulated by the Connecticut Department of Consumer Protection as an online gaming operator in accordance with Public Act No. 21-23 and its implementing regulations. Only customers 21 and over are permitted to play our games. If you or someone you know has a gambling problem and wants help, call (888) 789-7777 or text "CTGAMB" to 53342. Subject to regulatory licensing requirements.



## WHATS FAIR IS

# FUN

Licensing. Auditing. Laws and regulations. Lots of legalities go into building a casino that's fair — and DraftKings is committed to bringing you the best one. Here's a better understanding of the steps we take to ensure game integrity.

RG  Responsible Gaming

DAILY FANTASY    SPORTSBOOK    **CASINO**    PICK6    DK HORSE    DK SHOP

Games    Promotions    Leaderboards    Casino Credits    Dynasty    VIP    How To Play

**LOG IN | SIGN UP**



## Every jurisdiction has a regulator

Each jurisdiction has its own governmental agency, often referred to as a regulator, that reviews and approves an online casino before it launches. Many regulators often require independent lab certification as part of reviewing whether to grant permission for online casinos to operate. These independent lab certifications can be obtained by specific vendors certified by the regulator to conduct these types of reviews. While different jurisdictions may have different requirements as to types of online casino games offered, DraftKings Casino must receive full authorization from the regulators prior to making any casino games available to players.



## We create game-changing experiences.

Gaming Laboratories International, LLC (GLI) is a fully independent and accredited testing laboratory and product certification body contracted by gaming industry operators and software and hardware suppliers to perform third-party testing, auditing and certification services. GLI verifies technical compliance with the standard(s) and/or jurisdictional regulation(s) adopted by the gaming authorities.



## Random number generators test for fairness

Online casinos often use random number generators to determine the winning outcome of many casino games. DraftKings Casino's random number generators are all independently tested to ensure that the outcomes are randomly generated within established fairness specifications set by the independent testing laboratories, and provides verification to each regulator that the random number generator meets the regulatory specifications for fair play.



## Operators follow set laws & regulations

Laws and regulations have been put in place to ensure online casino games function ethically and legally. If an online casino operator does not follow the rules set by a regulator, the regulator may impose disciplinary actions including fines or penalties on the online casino operator.



## Our players are our #1.

DAILY FANTASY    SPORTSBOOK    **CASINO**    PICK6    DK HORSE    DK SHOP



Games    Promotions    Leaderboards    Casino Credits 🏆 Dynasty    VIP    How To Play

LOG IN | SIGN UP

operators and software and hardware suppliers to perform third-party testing, auditing and certification services. GLI verifies technical compliance with the standard(s) and/or jurisdictional regulation(s) adopted by the gaming authorities.



## Random number generators test for fairness

Online casinos often use random number generators to determine the winning outcome of many casino games. DraftKings Casino's random number generators are all independently tested to ensure that the outcomes are randomly generated within established fairness specifications set by the independent testing laboratories, and provides verification to each regulator that the random number generator meets the regulatory specifications for fair play.



## Operators follow set laws & regulations

Laws and regulations have been put in place to ensure online casino games function ethically and legally. If an online casino operator does not follow the rules set by a regulator, the regulator may impose disciplinary actions including fines or penalties on the online casino operator.

## Our players are our #1.

DraftKings Casino employs a team of compliance professionals dedicated to ensuring our games are fair and compliant with applicable rules and regulations. The DraftKings Casino team and Compliance team work together to help accomplish our goal of providing our players a fair, regulated, and enjoyable DraftKings Casino experience.

---

## DraftKings Inc.
Boston, MA

### COMPANY
About DraftKings
Careers
Mobile Apps
Affiliates
Refer a Friend
Contact Us
Terms Of Use
Privacy Policy
Casino Partners
Retail Sportsbook Locations
Fair & Regulated Terms
DK Network
Casino Education Hub
Accessibility
Where Is Online Gambling Legal
Get Help
Do Not Sell or Share My Personal Information

### CASINO GAMES
Online Slots
Online Blackjack
Online Roulette
Craps Online

### CASINO GUIDES
How to Play Slots
How to Play Blackjack
How to Play Roulette
How to Play Rocket
How to Play Baccarat
How to Play Video Poker
How to Play Craps
How to Play Spanish 21
How to Play Live Dealer Games
What is a Casino Deposit Bonus?
How to Play Casino Jackpots

### LOCATIONS

**US Office**
222 Berkeley Street
Boston, MA
02116

**UK Office**
15 Ingestre Place
Suite 265
Soho, London
W1F OJH

**New Jersey Office**
221 River St.
9th Floor
Hoboken, NJ
07030

We are licensed and regulated by the New Jersey Division of Gaming Enforcement as an Internet gaming operator in accordance with the Casino Control Act N.J.S.A. 5:12-1 and its implementing regulations. Our games are tested by the New Jersey Division of Gaming Enforcement to provide games that are fair and operate correctly. Only customers 21 and over are permitted to play our games. If you or someone you know has a gambling problem and wants help, call **1-800-GAMBLER**

🇺🇸    © 2012-2025 DraftKings All Rights Reserved.

  

Exhibit 81



FANTASY   SPORTSBOOK   CASINO   PICK6   REIGNMAKERS   DK HORSE   English (US) ⌄   Sign In



DraftKings Help Center (US) › Getting Ready for Basketball › Overview

# DraftKings Sportsbook College Betting Restrictions - Overview (US)

JUMP TO SECTION

Overview

DraftKings, along with other legal sportsbooks in the US, must comply with various state-specific rules pertaining to the betting markets they may offer. While many states' rules allow for similar markets, there are notable differences for the treatment of collegiate sports as permissible betting markets.

Please review the chart below to determine what restrictions states have placed on college team betting:

**\* Specific restrictions apply.**

| State | In-state college teams offered | College team props | College player props | Heisman Winner |
|---|---|---|---|---|
| AZ | ✔ | ⛔ | ⛔ | ✔ |
| CO | ✔ | ✔ | ⛔ | ⛔ |
| CT | ⛔ | ✔ | ✔ | ⛔ |
| DC | ⛔ | ✔ | ✔ | ✔ |
| IL | ⛔ | ✔ | ✔ | ✔ |
| IN | ✔ | ✔ | ✔ * | ✔ |
| IA | ✔ | ✔ | ⛔ | ✔ |
| KS | ✔ | ✔ | ✔ | ✔ |
| KY | ✔ | ✔ | ✔ | ✔ |
| LA | ✔ | ✔ | ⛔ | ✔ |
| ME | ⛔ | ⛔ | ⛔ | ✔ |
| MD | ✔ | ✔ | ⛔ | ✔ |
| MA | ⛔ | ✔ | ⛔ | ⛔ |
| MI | ✔ | ✔ | ✔ | ✔ |
| NC | ✔ | ✔ | ✔ | ✔ |
| NH | ⛔ | ✔ | ✔ | ✔ |
| NJ | ⛔ | ✔ | ✔ | ⛔ |
| NY | ⛔ | ✔ | ⛔ | ⛔ |
| OH | ✔ | ✔ | ⛔ | ✔ |
| OR | ⛔ | ⛔ | ⛔ | ⛔ |
| PA | ✔ | ✔ | ⛔ | ✔ |
| TN | ✔ | ✔ * | ⛔ | ✔ |
| VA | ⛔ | ✔ | ⛔ | ⛔ |
| VT | ⛔ | ✔ | ⛔ | ⛔ |
| WA | ⛔ | ✔ | ✔ | ⛔ |
| WV | ✔ | ✔ | ✔ | ✔ |
| WY | ✔ | ✔ | ✔ | ✔ |

💬 How can we help?

Please review the chart below to determine what restrictions states have placed on college team betting:

* Specific restrictions apply.

| State | In-state college teams offered | College team props | College player props | Heisman Winner |
|---|---|---|---|---|
| AZ | ✔ | ⛔ | ⛔ | ✔ |
| CO | ✔ | ✔ | ⛔ | ⛔ |
| CT | ⛔ | ✔ | ✔ | ⛔ |
| DC | ⛔ | ✔ | ✔ | ✔ |
| IL | ⛔ | ✔ | ✔ | ✔ |
| IN | ✔ | ✔ | ✔ * | ✔ |
| IA | ✔ | ✔ | ⛔ | ✔ |
| KS | ✔ | ✔ | ✔ | ✔ |
| KY | ✔ | ✔ | ✔ | ✔ |
| LA | ✔ | ✔ | ⛔ | ✔ |
| ME | ⛔ | ⛔ | ⛔ | ✔ |
| MD | ✔ | ✔ | ⛔ | ✔ |
| MA | ⛔ | ✔ | ✔ | ⛔ |
| MI | ✔ | ✔ | ✔ | ✔ |
| NC | ✔ | ✔ | ✔ | ✔ |
| NH | ⛔ | ✔ | ✔ | ✔ |
| NJ | ⛔ | ✔ | ✔ | ✔ |
| NY | ⛔ | ✔ | ⛔ | ⛔ |
| OH | ✔ | ✔ | ⛔ | ✔ |
| OR | ⛔ | ⛔ | ⛔ | ⛔ |
| PA | ✔ | ✔ | ⛔ | ✔ |
| TN | ✔ | ✔ * | ⛔ | ✔ |
| VA | ⛔ | ✔ | ⛔ | ⛔ |
| VT | ⛔ | ✔ | ⛔ | ⛔ |
| WA | ⛔ | ✔ | ✔ | ⛔ |
| WV | ✔ | ✔ | ✔ | ✔ |
| WY | ✔ | ✔ | ✔ | ✔ |

Was this article helpful?   👍 Yes   👎 No

**Additional Ways to Contact Us**

Mail:

**US Office**
222 Berkeley St
Boston, MA 02116

**Support Hours**

Our team is available 24 hours a day, 7 days a week.

**Privacy Notice**

**Agent Sign In**

💬 How can we help?

Exhibit 82



FANTASY    SPORTSBOOK    CASINO    PICK6    REIGNMAKERS    DK HORSE

☀    🔍    English (US)  ⌄



DraftKings Help Center (US)  >  Casino  >  DraftKings Electric Poker

← 

# Where is DraftKings Electric Poker Available? (US)

At this time, to play DraftKings Electric Poker you must be physically located in Michigan or Pennsylvania. Learn more about where DraftKings Casino is available.

Please note, Casino Credits can be used on select games, excluding Electric Poker.

**Was this article helpful?**    👍 Yes    👎 No

JUMP TO SECTION

How to Play- Casino

Fair & Regulated Casino Games

Resolving Casino Issues

DraftKings Electric Poker

**Additional Ways to Contact Us**

Mail:

**US Office**
222 Berkeley St
Boston, MA 02116

**Support Hours**

Our team is available 24 hours a day, 7 days a week.

Privacy Notice

Agent Sign In

 💬    How can we help?

Exhibit 83



FANTASY    SPORTSBOOK    CASINO    PICK6    REIGNMAKERS    DK HORSE

English (US) ⌄    Sign In

DraftKings Help Center (US) > Casino > Fair & Regulated Casino Games

←

# DraftKings Rocket and Rocket 2 - Overview (US)

JUMP TO SECTION

How to Play- Casino

Fair & Regulated Casino Games

Resolving Casino Issues

DraftKings Electric Poker

### What is DraftKings Rocket?

DraftKings Rocket is played with a rising rocket. You must exit the rocket before it stops rising. The higher it goes, the more the Player wins after successfully bailing out. The rocket's highest possible multiplier is 1000x. If the Player is in the rocket when it reaches 1000x, then the Player will automatically win 1000 times the bet amount. To learn more, please go to How to Play Rocket.

### What is DraftKings Rocket 2?

DraftKings Rocket 2 is a new variant of our original rocket game. Like the original game, you must exit the rocket before it stops rising.

## What are the differences between Rocket and Rocket 2?

- Players can place two bets simultaneously, enabling more strategic decision-making.
  - Bets are customizable.
    - Players can set one or both of their wagers to manual or automatic.
    - Players can bail even with the auto bet on.
    - The first wager can be bigger or smaller than the second, or vice versa.
- More customizable rockets.

**Note: Multipliers may vary by jurisdiction. The maximum amount players can bet may also vary by jurisdiction.**

### Important Information

**Important Note:** The Auto Cashout multiplier feature will determine when the Player exits the rocket. If no Auto Cashout multiplier has been manually set, then this will default to 1000x.

- If a Player gets geolocated during the middle of a round and is unable to manually bail, the Auto Cashout multiplier feature determines when a Player will exit the Rocket. Additional details and context can be found in the FAQ section below under are in the **Why did I get geolocated in the middle of my round?** section of the FAQs below.

Additional Notes:

- Max bet in all jurisdictions **except PA** is $1,000 per bet.
- Max bet in PA is $1,000 total across both bets.
- No autobet mode in Ontario or CT.

**Important note: Players must ensure their bets are accurate and active before the round begins. Both bets need to be set by the Player.**

## Additional Questions about Rocket 2

### Will Rocket 2 replace the original game?

    How can we help?

## Additional Questions about Rocket 2



### Will Rocket 2 replace the original game?    ^

Players can enjoy both versions of Rocket. No versions of Rocket will be removed unless technical difficulties occur.

### Can I win a Jackpot playing Rocket 2?    ^

Players may opt into Jackpots on Rocket games in some jurisdictions.

Please refer to the Jackpot FAQ for more information.

### Where is Rocket 2 available?    ^

Rocket 2 is currently available only in certain jurisdictions.

However, DraftKings is always looking to expand into additional states, jurisdictions, and territories.

## Accessing Rocket Games



### How to access DraftKings Rocket via the DraftKings Casino app    ^

1. Go to the DraftKings Casino app.

2. Tap on **DraftKings Games.**

3. Scroll until you see **DraftKings Rocket**.

### How to access DraftKings Rocket via a desktop/ Laptop    ^

1. Go to the DraftKings Casino website.

2. Click on **DraftKings Games**.

3. Scroll until you see **DraftKings Rocket**.

### How to play DraftKings Rocket    ^

1. Place your bet and watch the Rocket launch into space.

2. The higher the Rocket launches, the more you win.

3. Make sure you bail before the Rocket stops.

## Frequently asked questions

### Why did I get geolocated in the middle of my round?

Players are automatically geolocated every so often to verify that they're located within a legal state. Th...

How can we help?

# Frequently asked questions

## Why did I get geolocated in the middle of my round?

Players are automatically geolocated every so often to verify that they're located within a legal state. This means that they can be geolocated at any time, even during a round.

If you disconnect or have connection problems or are unable to manually bail for another reason, then the player's Auto Cashout multiplier will determine when the player exits the rocket. If no Auto Cashout multiplier has been manually set, then this will default to 1000x.

## What happened to my last round?

To find your last round, you'll want to go to your transaction history. To find that, you'll want to:

**App:**

1. Tap on **account icon** in the top, left-hand corner

2. Tap **View Balance Details** under Playable Balance

3. Tap **Transaction History**

4. Scroll until you see the round (transaction) in question

5. In case you need it, the **Transaction ID** is the alpha-numeric sequence at the bottom of the table starting after ID (ie: ID **00a5a323-0133-427a-a8c7-619026c80916**)

**Desktop:**

1. Click **Account Information** from the dropdown in the top, right-hand corner

2. Click **Account Statement - Transactions**

3. Scroll until you see the round (transaction) in question

4. In case you need it, the **Transaction ID** is the alpha-numeric sequence within the description after ID (ie: ID **00a5a323-0133-427a-a8c7-619026c80916**)

Learn more about how to find a transaction and the round results.

## I bailed, why didn't I get my earnings?

Verify that you did earn your rounds by checking your Transaction History first. If you do not see your earnings, contact DraftKings Customer Support Team with the Transaction ID or a screenshot of the Transaction ID to help them find out what exactly happened in the round.

Please note that latency may affect visuals. Please ensure a reliable connection while playing Rocket.

Was this article helpful?  Yes 👎 No

 How can we help?

Auto Cashout multiplier will determine when the player exits the rocket. If no Auto Cashout multiplier has been manually set, then this will default to 1000x.

## What happened to my last round?

To find your last round, you'll want to go to your transaction history. To find that, you'll want to:

**App:**

1. Tap on **account icon** in the top, left-hand corner

2. Tap **View Balance Details** under Playable Balance

3. Tap **Transaction History**

4. Scroll until you see the round (transaction) in question

5. In case you need it, the **Transaction ID** is the alpha-numeric sequence at the bottom of the table starting after ID (ie: ID **00a5a323-0133-427a-a8c7-619026c80916**)

**Desktop:**

1. Click **Account Information** from the dropdown in the top, right-hand corner

2. Click **Account Statement - Transactions**

3. Scroll until you see the round (transaction) in question

4. In case you need it, the **Transaction ID** is the alpha-numeric sequence within the description after ID (ie: ID **00a5a323-0133-427a-a8c7-619026c80916**)

Learn more about [how to find a transaction and the round results](#).

## I bailed, why didn't I get my earnings?

Verify that you did earn your rounds by checking your Transaction History first. If you do not see your earnings, contact [DraftKings Customer Support Team](#) with the Transaction ID or a screenshot of the Transaction ID to help them find out what exactly happened in the round.

Please note that latency may affect visuals. Please ensure a reliable connection while playing Rocket.

Was this article helpful?    👍 Yes    👎 No

**Additional Ways to Contact Us**

Mail:

**US Office**
222 Berkeley St
Boston, MA 02116

**Support Hours**

Our team is available 24 hours a day, 7 days a week.

**Privacy Notice**

**Agent Sign In**

 How can we help?

Document title: DraftKings Rocket and Rocket 2 - Overview (US) – DraftKings Help Center (US)
Capture URL: https://help.draftkings.com/hc/en-us/articles/4406385476755-DraftKings-Rocket-and-Rocket-2-Overview-US
Capture timestamp (UTC): Mon, 03 Feb 2025 23:02:32 GMT